FILED
2025 Jun-20 PM 12:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

### Title: Strategic Timeline of Harassment, Coordination, and Retaliatory Affidavit Filing

**Submitted By:** *The Plaintiff, Candace Alexander*

## Purpose:

This exhibit establishes the **pre-affidavit timeline** and documents the transition from **emotional coercion** to **legal retaliation**. It shows how coordinated contact attempts—from estranged family members—escalated into a retaliatory filing by **Defendant Corey Bennett**, once the Plaintiff and her husband enforced firm boundaries.

This exhibit should be read as **contextual foundation** for **Exhibit A-1**, which analyzes the Defendant Corey Bennett's false affidavit in full.

## Stage One: Emotional Intrusion Through "Spiritual Concern"

In late 2024 and early 2025, the Plaintiff Candace Alexander began receiving **religious-themed outreach** from estranged relatives, including:

- **Defendant Vickie Bennett**, the Plaintiff's biological mother,
- **Enabler Sylvia Dryer**, and
- **Defendant Jameka Scales**, who supplied these individuals with private medical updates.

This contact was **not spontaneous**. Messages were timed around emotionally sensitive periods—like the Plaintiff's birthday and surgery—mirroring similar intrusion patterns from 2022. The **strategic use of spiritual guilt** and **rotating senders** suggested a **relay-based contact network**, not individual concern. (See Exhibit F)

## Stage Two: Direct Intervention by the Plaintiff

By March 2025, both the Plaintiff and her husband had observed a pattern:

- **Private health information was leaking** to people she had long blocked.
- **Multiple family members were messaging in tandem**, each cloaked in religious language but part of a larger pattern of harassment.

On **March 11, 2025**, a direct message was sent by Keith Alexander to **Defendants Vickie, Jameka, and enabler Sylvia**, calling out their behavior.

Candace herself followed up **publicly and privately**, reasserting her intent to remain permanently disconnected.

This worked—temporarily. But the pattern resumed.

- **April 8, 2025:** The Defendant Corey Bennett sent a sudden, out-of-context message to the Plaintiff—his **first contact in months**.
- Candace had **already cut off Jameka** weeks earlier and had seen **photos of Jameka — on a trip with Corey** posted during the March–April window. (Screenshots available)

This outreach **ignored recent boundary reinforcement** and reflected outdated assumptions about family loyalty.

### Stage Three: Escalation to Legal Weaponization

Rather than ignore Corey, Keith waited.

On **April 22, 2025**, he confronted the Defendant Corey Bennett, asking:

"*Why is Vickie harassing Candace with these stupid religious messages? Ya'll know she's estranged from her family right?*"

Keith didn't accuse—he questioned.

Corey didn't explain—**he retaliated**.

- **April 22, 2025 (same day):** Defendant Corey Bennett filed a false affidavit in Tishomingo County.
- The affidavit was **facilitated by family associate Joy Brock**, a courthouse clerk.
- It included a **provably false statement** that Keith had filed a "fake report" with law enforcement. *(See Exhibit A-1)*

The filing falsely invoked Candace's name, claimed to be done "on her behalf," on April 23 in a group chat and falsely portrayed Keith as an abuser—all while **none of these claims were raised in the April 8 message, nor backed by law enforcement records**.

## Key Observations:

- The escalation followed a **clear boundary enforcement timeline**, not a misunderstanding.
- Corey's affidavit was a **calculated retaliation** after being challenged about coordinated contact.
- Candace's boundaries were viewed as defiance—not autonomy—and punished through judicial misrepresentation.
- This move marked a **transition from emotional pressure to legal coercion**, forming the basis for the Plaintiff's current claims of:
  - **Malicious Prosecution**
  - **Abuse of Process**
  - **Civil Conspiracy**

## Supporting Cross-References:

- **Exhibit E** – Breakdown of group chat behavior and silence
- **Exhibit F** – Pattern of prior harassment in 2022
- **Exhibit A-1 – Corey Bennett's False Affidavit and Strategic Abuse of Process**
- **Exhibit B** – Timeline and transcript of Patrick's coordinated call

## Supporting Files – Exhibit A

### Exhibit_A_Gatlinburg_Trip_Photos_v1

- Screenshots of Facebook photos posted by Defendant Corey Bennett's wife.
- Dated between **March 8 and April 8, 2025**, showing Defendants Corey and Jameka together. (Note: Plaintiff, blocked all parties on social media so dates can not be printed, but the following text from Defendant Corey Bennett matches the Gatlinburg Trip.)
- Confirms active association among defendants during no-contact period with Plaintiff.



**Exhibit_A_Corey_Message_To_Plaintiff_2025-04-08_v1**

- Screenshot of Defendant Corey Bennett's message to the Plaintiff.
- Initiated after a months of no contact and shortly after Plaintiff's final block of Jameka.
- Shows emotional tone and false assumption of continued relationship.

iMessage
Tue, Apr 8 at 11:27 AM

Hey do y'all have plans this weekend

Wed, Apr 9 at 11:02 AM

Ya'll can't pick and choose what to include me in. If I wasn't invited to Gatlinburg, don't bother inviting me to anything else. It's cool.

Umm Candace it wasn't like that.. I never in a million years would've thought yall would've came because yall are always busy.. so I didn't think to ask. I do apologize I really didn't mean any harm.. and it was a last minute thing.. but sorry wont bother u again

Wed, Apr 9 at 1:26 PM

You know I'm estranged from everyone—Vickie is blocked, and Jameka doesn't even know what I'm in school for. Saying I'm 'busy' just took away my autonomy to decide for myself. Last-minute or not, they got invited. I didn't. This isn't just about Gatlinburg—it's years of deflecting, dodging, and making excuses instead of owning the pattern. I'm not doing this cycle anymore. I'm tired.

**Exhibit_A_Keith_To_Corey_Message_Log_v1**

- Screenshot of April 22, 2025 text exchange between Keith Alexander and Defendant Corey Bennett.
- Shows inquiry—not harassment—and zero threats.
- Serves as rebuttal to Corey's affidavit narrative.

iMessage
Tuesday 12:21 PM

Why is Vickie harassing Candace with these stupid religious messages?

Ya'll know she's estranged from her family right?

Idk man. She told me she was blocked

Why does Candace need to love her parents? Vickie has you, Patrick, and Jameka. She's good.

At this point I'm curious as to why Vickie has this new found interest in Candace when she has 3 other kids.

Well I guess she don't have to if she don't want to. But momma is always gonna love her

She sends us those too

That didn't answer my question. We don't hear from her, and haven't in years. It's been over a decade. Why now?

**Exhibit_A_Message_Timestamp_Overlay_v1**

- Visual timeline overlay connecting:
  - March 8 – Jameka cutoff
  - March 11 – Keith and Candace public boundary messages
  - April 8 – Corey outreach
  - April 22 – Affidavit filing
- Used to show the progressive stages of escalation.