FILED
2025 Jun-20 PM 12:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A-1

## Title: *The Defendant Corey Bennett's Affidavit Timeline*

**Submitted By:** *The Plaintiff, Candace Alexander*

## Summary:

On April 22, 2025, the defendant **Corey Bennett** filed a false affidavit through his family associate Joy Brock, a Tishomingo County court clerk, and falsely claimed to act "on behalf of the Plaintiff **Candace Alexander**." This filing marked the launch of a coordinated harassment campaign—not to seek justice, but to suppress, intimidate, and retaliate against the Plaintiff for enforcing personal boundaries, while misrepresenting the Plaintiff's husband **Keith Alexander** as a tool of manipulation.

What followed was not remorse or withdrawal, but escalation. **The defendant Corey openly dared the Plaintiff to take him to court**, framing the entire incident as a performance piece rather than a legitimate concern—while pre-loading a contempt message for the federal judiciary:

"See ya in court!!!!! (Defendant add multiple middle finger emojis)"

"no take that to court."

"I'll do it again and again"

These messages confirm that the defendant Corey viewed the justice system as **a tool for personal revenge**—not a venue for truth. He showed **disdain for court authority before the federal case was even filed**, and indicated his intent to continue using legal filings as weapons.

## Key Evidence:

*"I sure did and he's lucky that's all!! And I'll do it again and again until he stops with his manipulation of you and everyone else!"*

*– the defendant Corey Bennett, group chat message to the Plaintiff and defendants [Vickie, Jameka, and Patrick] (April 23, 2025)*

This confirms the defendant Corey **openly admitted** to filing the affidavit **on the Plaintiff's behalf**, despite having no consent, no authorization, and no legal standing to do so.

The affidavit was filed without the Plaintiff's knowledge, during a period of active estrangement.

The defendant Corey's narrative contradicts the Plaintiff's repeated enforcement of boundaries and documented refusal to reengage with family members.

The affidavit was filed without her knowledge or consent, during a period of estrangement.

The defendant Corey's narrative contradicts the Plaintiff's repeated boundaries and no-contact enforcement.

### Sworn Falsehood and the Full Affidavit Revelation

"Text after text nonstop. He even filed a fake report to the police dept."

This sworn statement by the defendant Corey was revealed only after multiple direct inquiries.

The referenced "fake report" was in fact a **private documentation record** labeled as a "Preliminary Incident Report" by the Plaintiff's husband Alexander. It was never filed with any law enforcement agency.

Defendant's Discovery Response Regarding Police Report Allegation:

"The document referenced in the affidavit as a 'fake report' was never filed with law enforcement. It is a private, internal documentation record, disclosed voluntarily to the Plaintiff. No corresponding record exists with any police department, and no criminal report was filed or attempted. Accordingly, the Defendant has no documents to produce."

What makes this especially damning is that **the Plaintiff's husband, in his role as protector, shared the draft report directly with the defendant Corey prior to the affidavit filing—and even asked him to review it.** The defendant Corey had full context, knew it was private, and still chose to falsely characterize it under oath.

At the time, the Plaintiff's husband was acting in his role as the Plaintiff's boundary enforcer. The defendants Corey, the defendant Vickie, the defendant Jameka, and Sylvia had all repeatedly overstepped in the six months leading up to the exchange, attempting to force the Plaintiff back into contact despite her refusal. The Plaintiff's husband, in defense of her autonomy, warned the defendant Corey that a report was ready **IF** harassment escalated further.

Importantly, the Plaintiff's husband never claimed to fear the defendant Corey and deliberately did not file the report. His message was calculated, not emotional: a proactive warning—not a panic response. **He explicitly stated he does not believe the defendant Corey is capable of doing him real harm**, but he was concerned about his ability to harm the Plaintiff.

This makes the defendant Corey's sworn statement not only false, but deliberate in its fabrication—and strengthens the foundation for the Plaintiff's claims of malicious prosecution, defamation, and abuse of process.

### Intent and Motive:

The defendant Corey's affidavit was not a cry for help—it was a power play:

- **To reassert dominance** over the Plaintiff after being cut off.
- **To create legal leverage** against the Plaintiff's husband as punishment for enforcing boundaries.
- **To manipulate perception** by painting himself as the victim and obscuring his role in emotional abuse.

The use of "on behalf of" language is the linchpin that collapses the defendant Corey's narrative and validates the Plaintiff's and the Plaintiff's husband's strategic framing: **this was never about protection—it was about control.**

## Coordinated Actions Supporting Conspiracy Claim:

- **The defendant Corey showed a call log to the Plaintiff's husband** with a contact labeled **"Sheriff Jamie Stuart" at 12:59 PM**, immediately before filing the affidavit.

    > However, during a recorded call on June 13, 2025, a Tishomingo County court clerk confirmed that Jamie Stuart had no involvement whatsoever in this case.

    This directly contradicts the defendant Corey's claim and suggests that the **call log screenshot was a deliberate manipulation**, intended to lend credibility to his false affidavit.

    The defendant Corey's placement of the sheriff's name in his contacts now appears to be **part of a fabricated narrative**, designed to intimidate or create an illusion of law enforcement backing.

- **Joy Brock**, deputy clerk and personal associate of the Bennett family, processed the affidavit with **no prosecutorial review**.
- **The defendant Corey texted the Plaintiff's husband after filing**, taunting him with:

    > "They laughed at u"

    The defendant Corey did **not say "she" (Joy)**—he said "they," implying **multiple people at the courthouse were involved** in mocking the affidavit recipient.

    The **only two individuals the defendant Corey ever named** in connection with the affidavit process are:

    - **Jamie Stuart**, the Tishomingo County Sheriff (officially ruled out as a participant by the court clerk during the June 13, 2025 call), and
    - **Joy Brock**, the deputy clerk who processed the filing.

    With Stuart ruled out, this strongly suggests that **the defendant Corey fabricated the story of police involvement** to bolster his false claim and intimidate the recipient.

Combined with Joy Brock's redaction and withholding of the affidavit, the evidence indicates that **the conspiracy was civil—not criminal in origin—but was fraudulently framed as law enforcement-backed.**

Furthermore, the fact that **no prosecutor has initiated discovery** on the "fake police report" claim—despite it being a central assertion in the affidavit—confirms its **lack of legal foundation**. The defendant Corey made a bold accusation knowing it wouldn't survive scrutiny. Had discovery been pursued, the state would have found **no report, no submission, and no law enforcement involvement**—exposing the lie.

> The defendant Corey did not expect the affidavit to be seen. Once it was, he never invoked the claim again—because he knew it would collapse under basic evidentiary review.

## Coordinated Call from the Defendant Patrick Bennett – April 22, 2025

- **The defendant Patrick Bennett called the Plaintiff the evening of April 22, 2025**, within hours of the defendant Corey's affidavit filing. She didn't answer—the number wasn't saved in her phone and came from a 636 area code.

  The Plaintiff suspected it was the defendant Patrick but refused to answer until he identified himself.

  Instead of offering clarity, the defendant Patrick **texted vaguely and demanded** that she call him—without stating who he was.

  Once he confirmed his identity, **the Plaintiff called him back and recorded the entire call**, recognizing that the defendant Corey was initiating a narrative campaign—and that **documenting potential witness tampering** was necessary.

  The Plaintiff and the Plaintiff's husband had **not spoken to the defendant Patrick in 6–10 years**. Neither could recall the last personal conversation with him or his wife. His sudden contact, **immediately after the defendant Corey filed a false affidavit**, revealed clear coordination.

  During the call, **the defendant Patrick repeatedly asked where the Plaintiff was located**—despite nearly a decade of estrangement—**mirroring the claim in the defendant Corey's affidavit that the Plaintiff's husband was manipulating or isolating her**.

The timing, tone, and scripted nature of the call strongly suggest that **the defendant Patrick was inserted into the situation to support the defendant Corey's fabricated narrative**—not out of concern, but to lay the groundwork for a false claim that the Plaintiff was mentally unstable or under undue influence.

*(See full transcript and breakdown in **Exhibit B**)*

## Group Chat Escalation – April 23, 2025

- **The Plaintiff initiated a group chat** with the defendant Corey, the defendant Patrick, the defendant Jameka, the defendant Vickie, and Chasity to clarify the situation and confront the affidavit filed by the defendant Corey. The defendant Corey immediately escalated with threats:

  "Well I guess on to my next move!! Try this one on for size."

  None of the recipients objected or intervened—**their silence operated as complicity**.

  The defendant Corey then **admitted he filed the affidavit on behalf of the Plaintiff and the family**, framing the Plaintiff's husband as manipulating everyone:

  "So there have ur and I quote mentally ill vet!"

  **"Until he stops with his manipulation of you and everyone else!"**

  Despite saying he wanted to be "left alone," the defendant Corey **continued engaging**, escalating with taunts and open defiance of the legal system. He effectively **dared the Alexanders to take him to court**, even **pre-loading a message of contempt for the judge**:

  "See ya in court!!!!! [multiple middle finger emojis were inserted]"

  **"Take that to court."**

  **"I'll do it again and again..."**

  These statements, made *after* filing a sworn affidavit, demonstrate that **the defendant Corey did not fear legal consequences**—he **welcomed them as a stage for aggression**, not resolution.

## False Police Report Accusation – Response and Analysis

### Summary:

The defendant Corey Bennett stated in a sworn affidavit that the Plaintiff's husband, Keith Alexander, "filed a fake report to the police dept." This accusation is provably false, unsupported by evidence, and directly contradicted by the Plaintiff's husband's written statements and documented behavior during the message exchange.

### What the Plaintiff's Husband Actually Did:

1. **Drafted a "Preliminary Incident Report"**
   - The document was clearly titled and marked "Preliminary."

   - It included a disclaimer: "This is not a legal threat… It is a structured record for documentation, safety, and future legal clarity."
   - It was never submitted to law enforcement.
2. **Referenced Legal Preparedness, Not Legal Action**
   - Example quotes include:

> "My claims are ready whenever you decide to bring in the Sheriff..."
>
> "Go ahead, I'm ready. Let's see who they believe."
>
> "Ok I got the incident report ready. Let me know if I need to change anything."

   - No statements indicated that a police report had been filed or even attempted.
3. **Demonstrated De-Escalation and Boundary Setting**
   - All statements focused on protection, preparedness, and boundary enforcement.
   - Tone remained calm and factual, with no threats or emotional escalation.

## Why the Defendant Corey's Claim Is False:

- No report was filed.
- The defendant Corey was never contacted by law enforcement.
- The defendant Corey had no access to any official document from the Plaintiff's husband.
- The claim was made **under oath**, without evidence.
- The accusation appears retaliatory and performative—meant to justify his own affidavit, not reflect reality.

## Sworn Falsehood:

"Text after text nonstop. He even filed a fake report to the police dept. I asked him at least 5 times to stop texting me, and he never stopped."

— *Defendant Corey Bennett, sworn affidavit filed April 22, 2025 (Tishomingo County)*

## Factual Rebuttal:

- No police report was ever filed by the Plaintiff's husband.
- The "Preliminary Incident Report" was a private document, clearly marked with:

> "This is not a legal threat… It is a structured record for documentation, safety, and legal clarity."

- The Plaintiff's husband never claimed to have submitted anything to law enforcement.
- The defendant Corey had no evidence that a police report existed, yet still made this claim under oath.

This constitutes a **material falsehood** in a sworn legal filing, establishing grounds for perjury and malicious prosecution.

### Legal Interpretation:

- **False Swearing / Perjury** – The defendant Corey knowingly made a materially false statement in a sworn affidavit.
- **Malicious Prosecution** – The affidavit led to a criminal summons with no factual basis.
- **Defamation Under Oath** – The defendant falsely accused the Plaintiff's husband of criminal conduct.
- **Civil Rights Interference** – The defendant's actions, combined with the clerk's handling, reflect misuse of judicial procedures under color of law.

### Supporting Evidence:

- Screenshot of the Preliminary Incident Report with visible disclaimer.
- Full message log confirming no report was ever claimed to be filed.
- Group chat screenshot where the defendant Corey admits filing "for the Plaintiff."
- Lack of prosecutorial follow-up or law enforcement involvement, confirming no investigation occurred.

### Legal Implications:

### Malicious Prosecution – Defendant Corey Bennett

- Legal process initiated without probable cause.
- Motivated by personal retaliation, not a legitimate grievance.
- Case ended with no hearing or merit—suggesting a weaponized filing.

### Abuse of Process

- Legal system was used to intimidate and punish, not to resolve conflict.

### Witness Intimidation

- The defendant Patrick's call and the defendant Corey's group chat escalation constitute classic **covert tampering**.
- Both the Plaintiff and her husband were targeted in an attempt to silence their defense.

### Supporting Statutes and Civil Grounds:

- **Mississippi Code § 97-3-85** – False affidavit with malicious intent
- **Mississippi Code § 97-9-113** – Witness tampering
- **Alabama Code § 13A-10-123** – Obstruction by intimidation
- **42 U.S.C. § 1983** – Civil rights violation under color of law

- **Torts** – Malicious prosecution, defamation, emotional distress, and conspiracy

## Summary of Findings:

The defendant Corey Bennett's actions reveal a deliberate campaign of legal impersonation and emotional coercion. By falsely filing an affidavit "on behalf of" the Plaintiff:

- He committed **unauthorized legal impersonation**
- **Activated enablers** to apply coordinated pressure
- Tried to reframe the Plaintiff's autonomy as instability

This section confirms that Corey Bennett did not act alone or in good faith. He weaponized judicial channels, silenced dissent through manipulation, and used the Plaintiff's husband as a scapegoat—all while maintaining a false posture of victimhood.

## Supporting Files – Exhibit A-1

## Affidavit & Filing Evidence

- **Screenshot** – "Filed by: Bennett, the defendant Corey (sent by the defendant Corey Bennett, April 22, 2025)"



GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

TISHOMINGO COUNTY

Bk ______ Pg ______ ______

BEFORE ME, Joy Brock

A Justice Clerk of said County COREY BENNETT

makes affidavit that Keith Alexander

7415 Nature Walkway SE Owens Crossroads AL

on or about April 22, 2025, in said county aforesaid, did lawfully and willfully violate the State Laws to wit, Keith Alexander began texting Mr. Bennett around 12:20 pm. Mr. Bennett asked Mr. Alexander to stop texting him. Mr. Alexander was texting about religion and inappropriate messages. The messages didn't stop until around 4:30, after being asked repeatedly to stop.

TELEPHONE HARASSMENT [97-29-45]

against the peace and dignity of the State of Mississippi. X [signature]

Sworn and subscribed before me, this 22ND day of April, 2025

By J. Brock

-Deputy Clerk

- **Full PDF or Redacted Image** – The defendant Corey Bennett's sworn affidavit (provided by the courthouse, June 12, 2025)

Outlook File Edit View Message Format Profiles Tools Window Help Sat Jun 14 11:28 AM

SKM_30825061213450.pdf - Inbox - keith.c.alexander2@gmail.com

Delete Archive Move Flag Mark Unread Sync ···

**SKM_30825061213450.pdf**

Justice <Justice@co.tishomingo.ms.us>

To: keith.c.alexander2@gmail.com

Tishomingo Co. Justice Court
1008 Battleground DR.
Room 212
Iuka, MS 38852
662.423.7033
662.423.7094

**County confidentiality disclaimer:** The information contained or attached in this electronic message is confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error. Thank you. In addition, this message has been scanned by Tishomingo County's spam and virus protection services.

Any and all views, opinions, conclusions or other information contained in this electronic communication are solely those of the author and do not represent nor are endorsed by Tishomingo County, its elected officials, or its employees unless specifically indicated in the content of this message by an individual authorized to do so.

SKM_30825061213450.pdf Open with Adobe Acrobat

**GENERAL AFFIDAVIT**

**THE STATE OF MISSISSIPPI** Bk 170 Pg 1739 Ad

**TISHOMINGO COUNTY**

BEFORE ME, Joy Brock

A Justice Clerk of said County COREY BENNETT

makes affidavit that Keith Alexander

7415 Nature Walkway SE Owens Crossroads AL 35763

on or about April 22, 2025, in said county aforesaid, did lawfully and willfully violate the State Laws to wit, Keith Alexander began texting Mr. Bennett around 12:20 pm. Mr. Bennett asked Mr. Alexander to stop texting him. Mr. Alexander was texting about religion and inappropriate messages. The messages didn't stop until around 4:30, after being asked repeatedly to stop.

TELEPHONE HARASSMENT [97-29-45]

against the peace and dignity of the State of Mississippi. X

Sworn and subscribed before me, this 22nd day of April, 2025

By J. Brock
Deputy Clerk

Screenshot

- **Facts & Cirumstances: Transcribed Quote** – "He even filed a fake report…" (excerpt from the affidavit)

**FACTS & CIRCUMSTANCES**

DESCRIBE IN SHORT DETAIL WHAT OCCURRED: THE NAME OF THE PARTY INVOLVED & WHERE THIS HAPPENED.

Date of Occurance: 04/22/25

Name of Person you are filing against: Keith Alexander

Address of Person You are filing against: 7415 Nature Walkway, SE Owens Cross Roads, AL

Date of Birth, SSI, DL

Identifying Marks

Description: Telephone Harassment

Keith Alexander text me Around 12:21 p.m. About my mother sending my sister (his wife) A text About religion. I told him I didn't know And he preceeded to continuly text me. I Asked him to stop texting me After he started texting me inappropriate messages. He kept on texting from 12:21 to about 4:00 pm. Text After Text none stop. He even filed A fake Report to the police dept. I Asked him At least 5 times to stop texting me, And he never stopped.

Telephone Harassment

Signature [signature] Date 04/22/25

## Communication Timeline & Behavioral Evidence

- **Screenshot** – The defendant Corey's "See ya in court 🖕🖕🖕" message (April 23, 2025)

CB Oh and I forgot..... see ya in court!!!!! 🖕🖕🖕🖕🖕

- **Screenshot** – The defendant Corey stating "Until he stops with his manipulation of you…"

Corey Bennett

I sure did and he's lucky that's all!! And I'll do it again and again until he stops with his manipulation of you and everyone else! So there have ur and I quote mentally ill vet! But I told yall to leave me out the bullshit so go ahead tell the whole world!! And if he contacts me again.... Who knows what will happen next! I got a whole lot of tricks in my bag hun!! This is so stupid over a bible message that

**Screenshot** – The defendant Corey mocking the Plaintiff's husband as a "mentally ill vet" in a public group chat directed at the Plaintiff. **Note:** The Plaintiff's husband was not a participant in that group chat.

> CB
>
> Wise man once told me… same thing that makes u laugh will make u cry!!! So again Keith stop harassing me!!!!! Damn son guess u think im playing with you!!! Idc if u have her phone! I will go into my next bag of tricks if you text me at all again! Think I'm playing?? Was I playing with you yesterday when I told you to stop?? Go get you some mental help!! That's what mentally ill vets do.. or get on drugs or…………….. Idk whatever yall do

- **Screenshot** – The defendant Corey threatening: "You can all lose it in a blink of an eye…"

> CB
>
> No I'll tell u what u better remember as just as u got everything u got…. U can all lose it in a blink of an eye or it can be taken from u… j.s now fuck off u POS

## Rebuttal & Clarification Documents

- **Preliminary Incident Report (PIR)** – With disclaimer: "This is not a legal threat…" (authored by the Plaintiff's husband)

Legal Note

This document is not a legal threat. It is a structured record to ensure safety, preserve digital evidence, and protect all parties. It has been formatted for submission to

- Local law enforcement (non-emergency)
- Legal counsel (upon request)
- Cyber harassment documentation systems (if needed)

- **Message Screenshot** – Plaintiff's husband stating: "I got the incident report ready. Let me know if I need to change anything."

Wait, what would you use to file a harassment charge against me? I never threatened you, you could just block me and Candace?

The only threat in this chain came from you.

Ok I got the incident report ready. Let me know if I need to change anything

Preliminary Incident Report: Alexander Family Harassment Case
Reporting Party: Keith Alexander
Address: [Redacted for privacy]
Incident Window: Ongoing (Pattern beginning ~2022,

- **Screenshot** – The Plaintiff affirming her independence: "My thoughts, choices, and boundaries are my own…"

Wednesday 1:12 PM

I'm not manipulated, and I'm of sound body and mind. My thoughts, choices, and boundaries are my own. If this goes to court, so be it. Just know that my therapist and the people in my life may be called as character witnesses. They are obligated to tell the truth under oath, and their testimony will reflect their professional and personal understanding of my mental and emotional well-being. I'm confident in the facts, and I'll let the process speak for itself.

- **Photo/Video Evidence** – The Plaintiff's real-time identity confirmation from a St. Jude appointment





Keith isn't even this message. Are you really trying gaslighting tactics on me! Maybe you don't know the definition but here it is Gaslighting is a form of psychological manipulation in which a person or group causes someone to question their own memory, perception, or sanity. The term originates from the 1938 play *Gas Light*, where a husband manipulates his wife into believing she is losing her mind.

So Keith right



Want to involve the nurses at St.Jude with your drama too?

Own ur own drama! This is you and Keith's shit! I told yall time and time again to leave me tf alone but since u can't.... Or ur and I quote ur mentally ill vet can't leave me alone... don't text me again or you will get the same damn paperwork... how would that look on y'all? So leave me tf alone

And THINK ITS A GAME AND ILL SHOW YOU

Screenshot

## Coordinated Contact Chain (Supporting Conspiracy)

- **Screenshot** – Text and call from the defendant Patrick using an unsaved St. Louis area number




- **Audio Recording** – Full call between the Plaintiff and the defendant Patrick (April 22, 2025)
- **Exhibit B (Cross-ref)** – Transcript and analysis of Patrick's call

- **Clerk Call Log Summary** – June 13, 2025: Court clerk confirms Sheriff Jamie Stuart had no involvement
- **Metadata/Screenshot** – The defendant Corey’s call log showing “Jamie Stuart” at 12:59 PM

Contacting me lmao he's a good friend so go down the rabbit hole if ya want to.. so I will not answer another text



- **Screenshot** – The defendant Corey saying "Try this one on for size" immediately after filing the affidavit
    - **Note: This message was directed at Candace Alexander in a group chat.**




## Inaction & Silence as Complicity

- **Message Log** – Group chat where the defendants Jameka, Patrick, Vickie, and Chasity remained silent during escalation
    - **Note: The Plaintiff's husband old Phone number was 662-424-3267. His number is not in this chat log.**






- **Screenshot** – The Plaintiff calling out the defendant Patrick: “So I guess the defendant Patrick can’t come back and say I’m still family…”

> Naw in our text exchanges I told you how I feel along with Vickie! Read them! You also spoke for me and took my autonomy by saying I'm always busy. I have phone calls recorded of people speaking to your character and they won't vouch for you. Seems like there is a history of gaslighting and I'm just now seeing the true colors of my "family".
> I will not keep defending myself and pointing out the hypocrisy so yeah I'll leave you alone. I've said everything I've needed to say anyways, and nobody on this chat is backing you up.
>
> You WIN!! So I guess Patrick can't come back and say I'm still family seems like that shit is severed, so cool! This is where we are.

## Strategic Analysis Add-ons

- **Legal Code Citations** – MS § 97-3-85, § 97-9-113; AL § 13A-10-123; 42 U.S.C. § 1983
- **Civil Grounds Summary** – Malicious prosecution, abuse of process, emotional distress
- **Behavioral Analysis** – Comparison of Corey’s affidavit tone versus his group chat conduct