FILED
2025 Jun-20 PM 12:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

**Title:** *Coordinated Coercion Against the Plaintiff: Analysis of the Defendant Patrick Bennett's April 22, 2025 Phone Call*

**Submitted By:** *The Plaintiff, Candace Alexander*

**Linked Primary:** *Exhibit A-1 – The Defendant Corey Bennett's Affidavit Timeline*

## Overview

This exhibit documents the full psychological and strategic analysis of the defendant Patrick Bennett's April 22, 2025 phone call to the Plaintiff, Candace Alexander. Despite framing the call as an act of concern, Patrick employed tactics consistent with **proxy harassment, gaslighting, and witness coercion**, aligning with the defendant Corey Bennett's broader campaign of retaliation.

Although the Plaintiff initially declined to answer the call, she chose to return it after the defendant Patrick identified himself. The Plaintiff—fully aware of the coordinated nature of her family's behavior—recognized this call as a strategic opportunity to **document a live attempt at narrative manipulation**. Her decision to re-engage was not out of curiosity or reconciliation, but out of **calculated foresight to expose the tactics being used against her**.

The Plaintiff also knew that **Alabama is a one-party consent state** under **Code of Alabama § 13A-11-30**, which legally permitted her to record the conversation without notifying the other party. This legal understanding later became part of her self-defense argument in court and established the admissibility of the recording.

The following sections offer a categorical breakdown with verbatim timestamps for federal evidentiary filing.

**Call Recording Reference:** Exhibit_N_Patrick_Bennett_Recorded_Call_April22_v1

**False Pretext for Contact – Contradiction and Emotional Bait**

**00:19 – Patrick:**

"You acting like you don't know my number. You don't know my number?"

**00:21 / 00:28 – Plaintiff:**

"No, I don't have your phone number."

"Somebody's texting me... saying 'it's me. Call me. Quit playing games.' And I'm like, who the fuck is this?... I don't have your phone number."

**Analysis:** Patrick reframes the Plaintiff's confusion as rudeness, despite having had no contact with her in over six years. His tone suggests entitlement to recognition and access.

## Category 2: Contradiction of Known Facts

**02:28 – Patrick:**

"No, I talked to you at Corey's wedding."

**02:34 – Plaintiff:**

"No, you said bye to me at Corey's wedding... We didn't have a conversation... That's a lie."

**Analysis:** Patrick attempts to manufacture a relationship history. The Plaintiff corrects the record, establishing that no personal rapport exists.

## Category 3: Gaslighting

**00:07:** "What's wrong with you?"

**00:25:** "Oh. What's the attitude about it?"

**14:21:** "Therapy... don't really mean nothing to me."

**15:05:** "Don't go off of what you got in your head... people care."

**Analysis:** These statements aim to reframe the Plaintiff's justified anger and boundaries as irrationality. Patrick undermines her mental clarity and attempts to discredit therapeutic healing.

## Category 4: Emotional Guilt & Exile Threats

**02:18:** "Years. When the last time you talked?"

**17:12:** Guilt monologue about the defendant Vickie's hardship and food stamps.

**15:05:** "Don't go off of what you got in your head... people care."

**Analysis:** Patrick appeals to the Plaintiff's empathy and uses financial and maternal suffering as leverage. These tactics are emotionally coercive and exploitative.

## Category 5: Minimization

**02:28:** Patrick counts "bye" at a wedding as meaningful contact.

**21:30:** "I've never done anything to hurt you... only tried to help growing up."

**Analysis:** Patrick reframes neglect as benevolence. His language minimizes the Plaintiff's estrangement and blames her for enforcing boundaries.

## Category 6: Strategic Amnesia

**21:59:** "The past is the past."

**22:08:** "Let whatever hurt you go."

**Analysis:** Patrick claims ignorance of past harm but confidently prescribes forgiveness. This is not genuine forgetfulness—it is strategic dismissal.

## Category 7: Proxy Justification

**20:46:** "I ain't calling on Corey's behalf..."

**17:12:** "I ain't speaking on Vicky's behalf... but that's your mama…"

**Analysis:** These are false disclaimers. Patrick immediately defends and relays messages from both the defendant Corey and the defendant Vickie while claiming independence.

## Category 8: False Equivalence

**16:12:** "Do you know anything about me?"

**16:24:** "That don't mean you don't care?"

**16:30 – Plaintiff:** "Yeah, that's exactly what it means."

**Analysis:** Patrick attempts to equate his silence with the Plaintiff's boundary-setting. She explicitly rejects this equivalence.

## Category 9: Manipulated Sentiment

**7:20:** "You don't think people care about you?"

**7:41:** "Do you not think that people have feelings for you?"

**9:00:** "Because people do care."

**Analysis:** Patrick uses generalized emotional language to override the Plaintiff's specific grievances. She demands action over sentiment.

## Category 10: Narrative Synchronization Without Contact History

**20:46 – Patrick:**

"She's getting shunned... she don't want to come up there."

"Don't ever have your fucking husband say that you ain't a part of a fucking family… you are a part of my fucking family."

**Analysis:** These statements are loaded with insider language and mirror Corey's private claims. The key phrase "not part of the family" had only appeared in private messages between Corey and the Plaintiff's husband. Patrick's use of the exact wording confirms that Corey briefed him before the call.

**12:06 – Plaintiff:**

"It's because the bullshit with Keith talking on my behalf. So we already know what that's about."

**20:46 / 24:58 – Plaintiff:**

"I said that. Keith didn't say that. I said that. I'm not a part of the family."

**Conclusion:** The call was not a standalone act of outreach. It was part of a synchronized family strategy to emotionally destabilize the Plaintiff and undermine her credibility as a future legal claimant.

## Supporting Files – Exhibit B

| File | Type | Description |
|---|---|---|
| **Exhibit_B_Recording_Patrick_Call_April_22_2025.mp3** | Audio Recording | Full recording of the defendant Patrick's unsolicited call. Verifies tone, timing, and tactics. |
| **Exhibit_B_Transcript_Patrick_Call_v1.pdf** | AI Annotated Transcript | Timestamped line-by-line breakdown with manipulation flags. |