FILED
2025 Jun-20 PM 12:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit P

**Title: Coordinated Procedural Suppression by the Tishomingo County Court System and Legal Representatives**

**Submitted By:** Plaintiff Candace Alexander

## Overview:

This exhibit outlines the systemic conduct of **state actors, court staff, and legal representatives** following the April 22, 2025 filing of a false affidavit by **Defendant Corey Bennett**. Although the affidavit emotionally invoked **Plaintiff Candace Alexander**, the legal process entirely ignored her presence, her rights, and her capacity to respond as a material party.

While **Keith Alexander** (the Plaintiff's husband) was summoned and subjected to reputational harm and procedural ambiguity, it was **Candace Alexander** who was the intended target of familial suppression. This exhibit documents how Tishomingo County Court actors, the assigned prosecutor, and the defense attorney all contributed to a containment outcome—**avoiding adjudication, evading accountability, and suppressing evidence.**

## Section 1 – Clerk-Led Redaction and Withholding

- **Joy Brock**, Deputy Clerk and associate of Defendant Corey Bennett, deliberately **withheld the full affidavit** from the Plaintiff's household.
- The version initially sent to Keith Alexander:
    o Omitted the "facts and circumstances" section,
    o Redacted Corey Bennett's signature,
    o Removed the core false claim: "He filed a fake police report."

Only after repeated escalations to supervisory staff was the full version released.

**Legal Relevance:**

Violates the Mississippi Public Records Act (Miss. Code Ann. § 25-61-5)

Constitutes selective evidence suppression contributing to a **Brady-type violation** under 42 U.S.C. § 1983.

## Section 2 – Prosecutorial Complicity (Nathanial Clark)

- Prosecutor **Nathanial Clark** never initiated contact with the Plaintiff, despite her being named in the affidavit.
- No discovery requests, victim outreach, or material inquiries were made from April through June 2025.
- No motion was filed, and no preliminary hearing scheduled.

- Clark allowed the matter to persist unchallenged under the guise of prosecution, while in fact functioning as a **buffer against litigation and review**.

**Legal Relevance:**

Demonstrates deliberate evasion of prosecutorial responsibilities.

Constitutes **abuse of process**, and supports **malicious prosecution** and **due process deprivation** (Count I, Count VII).

## Section 3 – Defense Counsel's Failure to Address Evidentiary Fraud

- Attorney **Wayne Housley** represented **Keith Alexander**, not the Plaintiff, but he was in direct contact with the Plaintiff regarding the case.
- Mr. Housley:
  - Received declarations from the Plaintiff disavowing Corey's claims,
  - Was aware of her estrangement from the defendants.
  - Knew she was physically present at the hearing.

Yet he never:

- Filed a motion to dismiss based on the affidavit's perjury,
- Requested evidentiary discovery,
- Submitted Plaintiff's declarations to the court.

**Legal Relevance:**

Supports claim of **ineffective procedural advocacy** and affirms the need for **independent pro se filing** to preserve the Plaintiff's rights.

## Section 4 – Strategic Containment Pattern Across Court Personnel

| Court Actor | Role | Behavior |
| --- | --- | --- |
| Joy Brock | Clerk / Family Associate | Redacted key affidavit content; mocked Keith Alexander. |
| Judge Seth Adams | Judicial Signatory | Signed affidavit without law enforcement vetting. |
| Nathanial Clark | Prosecutor | Initiated no discovery, did not contact Plaintiff. |
| Wayne Housley | Defense (Keith only) | Took no action to preserve Plaintiff's narrative. |

All parties **avoided evidentiary engagement** and let the case idle administratively—silencing the Plaintiff and shielding the Defendants.

## Section 5 – Legal Paradox and Targeted Vulnerability

- Although **Plaintiff Candace Alexander** was named in the affidavit, she was not placed under court protection.
- Only **Keith Alexander** received a one-year no-contact order.
- The Plaintiff was physically present in court, prepared to testify in opposition to the Defendants' claims.
- She was never called, examined, or acknowledged.

## Conclusion:

This contradiction demonstrates that the court never intended to protect the Plaintiff—only to restrict her husband. The Plaintiff was **left legally exposed**, suggesting that the court's true objective was containment, not adjudication.

## Legal Implications

These actions collectively support the Plaintiff's claims under:

- **42 U.S.C. § 1983** – Civil rights deprivation under color of law
- **First Amendment** – Retaliation against association and protected speech
- **Fourteenth Amendment** – Denial of procedural due process
- **Mississippi Public Records Act** – Withholding of relevant court documents
- **State Tort Law** – Negligent infliction of emotional distress and procedural fraud

## Supporting Files – Exhibit P

**Exhibit Title:** Procedural Obstruction and Strategic Containment Pattern

### Exhibit_P_Clerk_Obstruction_Log_v1

Transcript logs documenting three calls to Tishomingo County by Keith Alexander seeking full affidavit.

Proves intentional document suppression by court staff.

- `Exhibit_N_Courthouse_Call_2_June12_Refusal_to_Release_v1`
- `Exhibit_N_Courthouse_Call_3_June12_Escalation_to_Supervisor_v1`
- `Exhibit_N_Courthouse_Call_4_June13_Pounders_Metadata_Confirmation_v1`

### Exhibit_P_Corey_They_Laughed_Text_v1

Screenshot of Defendant Corey Bennett texting Keith Alexander:

**"They laughed at u"**

Suggests group participation and implicit bias within courthouse staff.

---

Go ahead did you tell them about the threat

They laughed at u

What no more questions? 😶 😶 😶

You know you're escalating again right? You told me to stop. I stopped then you texted me again

Can you screenshot the whole report so I can read it?

Nah I just asked if there were anymore questions.. and it's no different than before... and nah you will get urs soon!! So from now on Do Not Text Me Again!! See ya soon sir

See me where?

Screenshot

**Exhibit_P_Not_Guilty_Plea_Wayne_v1**

Confirmation message from Wayne Housley:

"That is why I am entering a not guilty plea…"

Demonstrates narrow legal posture—no challenge to factual integrity of affidavit.

8:30     .ıl   📶   🔋75



Wayne

That is why I am entering a not guilty plea in order to review discovery.

Will this push it to circuit court?

Do you have time for a call today? I'm free most of the day and my wife will want to know what's going on?

Thu, May 15 at 1:02 PM

**Exhibit_P_Non_Responsibility_Declaration_v1**

PDF of Plaintiff and Plaintiff's husband's formal disavowal of any reliance or emotional dependence on Defendant Vickie Bennett.

Submitted pre-hearing, yet never introduced in court.



**Exhibit_P_Prosecutor_No_Contact_v1**

Metadata or summary establishing that **no prosecutorial contact** or discovery occurred.

Validates prosecutorial disengagement and confirms **containment strategy over litigation.**

**Message Date: June 12, 2025 at 2:02 PM**



In court. I'll call later today or