IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2025 JUN 23 A 10: 11
U.S. DISTRICT COURT
N.D. OF ALABAMA

Candace Alexander          )
                           )
                           )
                           )
                           )
                           )
**Plaintiff,**            )
                           )
                           )
v.                         )
                           )   **Civil Action Number**
Jameka Scales              )   **1:25-CV-980-CLM**
Corey Bennett              )
Patrick Bennett            )
Vickie Bennett             )
                           )
**Defendant.**            )

REQUEST FOR SERVICE BY
CERTIFIED MAIL

Please serve the defendant(s) <u>Jameka Scales, Corey Bennett, Patrick Bennett & Vickie Bennett</u>

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

_____
Signature of Attorney or Pro Se Party