2025 Jul-01  AM 11:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corey Bennett
24 CR 99 Ext
Tishomingo, MS 38873



9590 9402 5843 0038 4587 29

2. Article Number *(Transfer from service label)*

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Cy B*  ☐ Agent / ☐ Addressee

B. Received by *(Printed Name)*
Corey Bennett

C. Date of Delivery
06/27

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No



3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**United States Postal Service**

9590 9402 5843 0038 4587 29

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

660 Gallatin ST SW
Huntsville, AL 358[--]

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JUL 01 ----

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vickie Bennett
22 County Road 95
Tishomingo, MS 38873

9590 9402 5843 0038 4586 75

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Vickie Bennett*
☒ Agent
☐ Addressee

B. Received by (Printed Name)
Vickie Bennett

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No



3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
660 Gallatin Street, SW
Huntsville, Alabama 35801

Official Business

125 CV 980 CLM