1:25-cv-980-clm

FILED
2025 Jul-10 AM 08:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | Customer Information |
|------|--------|---------|--------------|-------------------|-----------|---------------------|

July 08, 2025

FILED

### USPS Tracking Intranet
### Delivery Signature and Address

**Tracking Number: 9589 0710 5270 0945 1936 28**

**This item was delivered on 06/26/2025 at 11:33:00**

2025 JUL 10 A 8: 55

U.S. DISTRICT COURT
N.D. OF ALABAMA

< Return to Tracking Number View



| | |
|---|---|
| Signature | |
| Address | **23 IVY BROOK CT, WENTZVILLE, MO 63385** |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search ⌄    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 25.3.3-bd104ce1



**UNITED STATES POSTAL SERVICE** ®

# Request for Delivery Information/ Return Receipt

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or insurance for more than $500.

## Instructions for Use

### Accepting Office

1. **Internal Use Only.** Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. **Select ONE of the following two options:**

   A. ___ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B. ___ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual,* Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked and the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

---

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:

- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.
- Submits this request within 90 days from the date on the mailing receipt.

Postmark

Accepting Office City/State/ZIP Code™:

---

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

---

**SECTION 2**

| A. TYPE OF SERVICE | | C. ARTICLE INFORMATION |
|---|---|---|
| ☒ Certified Mail™ | ☐ Priority Mail Express® | USPS Tracking Number: 9590 9402 5843 0038 4584 51 |
| ☐ Collect on Delivery | ☐ Registered Mail™ | Mailing Date (mm/dd/yy): 04/23/25 |

**B. ARTICLE ADDRESSED TO**

Addressee Name
*Patrick Bennett*

Addressee Address
*23 Ivy Brook Court*
(No., street, apt./ste. no.)

*Wentzville, MO 63385*
(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
*Keith Alexander*

Customer Address
*7415 Nature Walk Way SE*
(No., street, apt./ste. no.)

*Owens Cross Roads, AL 35763*
(City, state, ZIP Code)

E-mail address (Complete ONLY if an electronic inquiry)

---

**SECTION 3**

| For Accepting or Delivery Office Use Only | Delivered to the following individual, company or organization | Delivery Office Postmark |
|---|---|---|
| Postal Service™ records show no delivery information because: | | |
| ☐ Record not found | Delivery Address (if different from address in section 2B) | |
| ☐ Forwarded (date _____) | | |
| ☐ Returned (date _____) | Delivery Date | |

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054