1:25-CV-980-CLM

**UNITED STATES POSTAL SERVICE**

FILED
2025 Jul-10 PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

July 10, 2025

Dear Keith Alexander:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0945 1936 04**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 30, 2025, 12:54 pm |
| **Location:** | HARVEST, AL 35749 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Up to $100 insurance included |

### Shipment Details

| | |
|---|---|
| **Weight:** | 2lb, 0.0oz |

### Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 16781 WELLHOUSE DR |
| **City, State ZIP Code:** | HARVEST, AL 35749-3703 |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Thursday, July 10, 2025 at 12:32:33 Central Daylight Time

**Subject:** USPS Proof of Delivery Info for 9589071052700945193604
**Date:** Thursday, July 10, 2025 at 12:31:12 PM Central Daylight Time
**From:** auto-reply@usps.com
**To:** keith.c.alexander2@gmail.com
**Attachments:** 9589071052700945193604.pdf



Tracking #: 9589071052700945193604

Hello Keith Alexander,

**Thank you for using USPS.com® to request a Proof of Delivery letter for your shipment.**

Tracking #:   9589071052700945193604

Service Type:   Priority Mail®

Attachment:   Proof of Delivery Letter (PDF) provided by the U.S. Postal Service®.

Your Proof of Delivery letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

## Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.



# Request for Delivery Information/Return Receipt

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or insurance for more than $500.

## Instructions for Use

### Accepting Office

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.
2. Select **ONE** of the following two options:
   A. ___ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:
   - ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, item D., manually complete Section 3 and mail to the customer.
   - ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.
   
   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.
   
   B. ___ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual,* Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.
2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.
3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

## SECTION 1

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:
- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.
- Submits this request within 90 days from the date on the mailing receipt.

Postmark

Accepting Office City/State/ZIP Code™:

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

## SECTION 2

**A. TYPE OF SERVICE**
- ☒ Certified Mail™
- ☐ Collect on Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™

**C. ARTICLE INFORMATION**
USPS Tracking Number: 9590 9402 5843 0038 458468
Mailing Date (mm/dd/yy): 06/23/25

**B. ARTICLE ADDRESSED TO**
Addressee Name: Jameka Scales
Addressee Address: 16781 Wellhouse Dr
(No., street, apt./ste. no.)
Harvest, AL 35749-3703
(City, state, ZIP Code)

**D. CUSTOMER**
Customer Name: Keith Alexander
Customer Address: 7415 Nature Walk Way SE
(No., street, apt./ste. no.)
Owens Cross Roads, AL 35763
(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)

## SECTION 3

**For Accepting or Delivery Office Use Only**
Postal Service™ records show no delivery information because:
- ☐ Record not found
- ☐ Forwarded (date _____)
- ☐ Returned (date _____)

Delivered to the following individual, company or organization

Delivery Address (if different from address in section 2B)

Delivery Date

Delivery Office Postmark

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054