IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**CANDACE ALEXANDER, Plaintiff**

vs.

Civil Action No.: 1:25-cv-00980-CLM

**JAMEKA SCALES, COREY BENNETT, PATRICK BENNETT, VICKIE BENNETT, Defendants**

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW the Defendants, Jameka Scales, Corey Bennett, Patrick Bennett, and Vickie Bennett, currently *pro se* without counsel, and respectfully move this Honorable Court for an extension of time to answer or otherwise respond to the Complaint filed by Plaintiff, and in support thereof states as follows:

1. Plaintiff filed the Complaint in this action on June 20, 2025, and the petition was allegedly received by Defendants via US Mail thereafter.

2. Defendants' current deadline to file a responsive pleading is within 21 days.

3. Defendants respectfully request an additional thirty [30] days, up to and including August 10, 2025, to answer or otherwise respond to the Complaint. This extension is requested to allow Defendants additional time to obtain legal counsel, assess the legal sufficiency of the claims, and prepare an appropriate response. Defendants are family members, mostly live outside the State of

Alabama, and do not have any significant relationships with qualified legal counsel in the Northern District of Alabama.

4. This is Defendant's first request for an extension of time, and it is made in good faith and not for purposes of delay.

5. There is no Counsel for Defendant to contact Plaintiffs through to determine whether there is any objection to this request, and, given the allegations made in the Petition, Defendant would state it would be inappropriate to contact Plaintiffs directly themselves to determine if they object.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant an extension of time through and including August 10, 2025 within which to answer or otherwise respond to the Complaint, and for such other and further relief as this Court deems just and proper.

Respectfully submitted, this the 11th day of July, 2025.

/s/ Jameka Scales  
JAMEKA SCALES, Defendant

/s/ Corey Bennett  
COREY BENNETT, Defendant

/s/ Patrick Bennett  
PATRICK BENNETT, Defendant

/s/ Vickie Bennett  
VICKIE BENNETT, Defendant

CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a true and correct copy of the foregoing Motion for Extension of Time to Respond to Complaint on all parties by e-filing service or U.S. Mail as follows:

Candace Alexander
7415 Nature Walk Way SE
Owens Cross Roads, AL 35763

This the 11th day of July, 2025.

/s/ Jameka Scales
JAMEKA SCALES, Defendant

/s/ Corey Bennett
COREY BENNETT, Defendant

/s/ Patrick Bennett
PATRICK BENNETT, Defendant

/s/ Vickie Bennett
VICKIE BENNETT, Defendant

July 11, 2025

United States District Court for the
Northern District of Alabama
Eastern Division
660 Gallatin St. SW
Huntsville, AL 35801

      RE:    Alexander vs. Scales and Bennett
              Civil Action no.:1:25-cv-00980-CLM

Dear Clerk Staff,

Please find enclosed the Motion for Extension of Time to Respond to Complaint for the above referenced case. Please file said motion and mail a filed copy to my address below:

Corey Bennett
24 CR 99 Ext
Tishomingo, MS 38873

Please let me know if you have any questions. Thank you

Yours truly,

/s/ Corey Bennett







U.S. POSTAGE PAID
PME
IUKA, MS 38852
JUL 12, 2025
$31.40
35801
RDC 07
S2322Y501366-05

**PRIORITY MAIL EXPRESS®** — UNITED STATES POSTAL SERVICE®

EI 649 298 820 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE (662) 667-3302
Cory Bennett
24 CR 94 Ext
Tishomingo MS 38873

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)  PHONE (256) 534-6443
United States District Court for the
Northern District of Alabama East
660 Gallatin St. SW
Huntsville AL

ZIP + 4® (U.S. ADDRESSES ONLY): 3 5 8 0 1 - ___

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☒ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 38852
Scheduled Delivery Date: 7-16-25
Postage: $31.40
Date Accepted: 11:00am
Scheduled Delivery Time: ☒ 6:00 PM
Total Postage & Fees: $31.40
Acceptance Employee Initials: MD

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996

PEEL FROM THIS CORNER