# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**Candace Alexander**,

Plaintiff,

v.

**Jameka Scales, Corey Bennett, Patrick Bennett, and Vickie Bennett**,

Defendants.

Civil Action No.: 1:25-cv-00980-CLM

## NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME

Plaintiff **Candace Alexander** hereby files this Notice of Non-Opposition to the pro se Defendants' Motion for Extension of Time to Respond to the Complaint, filed July 15, 2025 (Doc. 8).

Plaintiff has no objection to the Court granting Defendants' requested deadline of **August 10, 2025** to file responsive pleadings.

However, Plaintiff respectfully notes that this **joint filing**, submitted and signed by four separate individuals across multiple states, confirms a material allegation raised in the Complaint — namely, that the Defendants are **acting in coordination** and **not as isolated parties**.

This synchronized pro se motion supports Plaintiff's claim that the Defendants are operating as a **unified group with shared interests and retaliatory intent**, and Plaintiff reserves the right to cite this fact in future motions or amended pleadings.

Respectfully submitted,

*/s/ Candace Alexander*

**Candace Alexander**

Plaintiff, Pro Se

Dated: 7/17/2025