IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**Candace Alexander,**

Plaintiff,

v.

**Corey Bennett, Patrick Bennett, Vickie Bennett, and Jameka Scales,**

Defendants.

Civil Action No.: 1:25-cv-980-clm

## MOTION TO PRECLUDE IMPROPER REFERENCE TO NON-PARTY WITNESS

Plaintiff **Candace Alexander**, appearing pro se, respectfully moves this Court for an order clarifying the record and precluding Defendants from referring to **Keith Alexander** — a non-party — as a Plaintiff or co-litigant. In support thereof, Plaintiff states:

1. Plaintiff filed this action **individually**. Keith Alexander is not named as a party and has **not filed any pleadings, claims, or appearances** before this Court.
2. Defendants' recent Motion for Extension of Time refers to **"Plaintiffs"** in the plural, despite the **caption, docket, and record** showing only one Plaintiff.
3. Keith Alexander is merely a **fact witness**, not a claimant or interested party to the relief sought.
4. Improperly grouping him with Plaintiff creates unnecessary procedural confusion and risks misuse of language to imply joint litigation or shared liability that does not exist.
5. Notably, Defendants themselves stated in their own motion:

"There is no Counsel for Defendant to contact Plaintiffs through to determine whether there is any objection to this request… it would be **inappropriate to contact Plaintiffs** directly themselves to determine if they object."

(See Defendants' Motion for Extension, Doc. 8, ¶5)

Yet there is only **one Plaintiff** in this case. Their misuse of the plural is either a misrepresentation or signals an **intent to improperly broaden the scope** of this litigation to include her spouse without cause or jurisdiction.

**WHEREFORE**, Plaintiff respectfully requests that this Court issue an order:

- Affirming that **Keith Alexander is not a party** to this litigation.
- Instructing Defendants to refer to **"Plaintiff"** in the singular in all future filings.
- And for any such further relief as the Court deems just and proper.

Respectfully submitted,

*[signature]*

**Candace Alexander**

Plaintiff, Pro Se

Dated: 7/17/2025