For documents 9&10.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2025 JUL 18 A 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| Candace Alexander | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action Number |
| Jameka Scales | ) 1:25-CV-980-CLM |
| Corey Bennett | ) |
| Patrick Bennett | ) |
| Vickie Bennett | ) |
| | ) |
| **Defendant.** | ) |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant(s) <u>Jameka Scales, Corey Bennett, Patrick Bennett & Vickie Bennett</u>

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

_____
Signature of Attorney or Pro Se Party

