IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

FILED
2025 JUL 21 A 9:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Candace Alexander,**

Plaintiff

v.

**Jameka Scales, Corey Bennett, Patrick Bennett, and Vickie Bennett,**

Defendants

Civil Action No. 1:25-cv-00980-CLM

## PLAINTIFF'S MOTION TO STRIKE ANY FUTURE CHALLENGE TO SERVICE OF PROCESS

Plaintiff Candace Alexander respectfully moves this Honorable Court to strike any future attempt by the Defendants to challenge the sufficiency of service of process in this matter, and in support states:

1. On July 15, 2025, all four named Defendants submitted a joint Motion for Extension of Time to Respond to the Complaint (Doc. 8).
2. Said Motion constitutes a responsive filing within the meaning of Rule 12 of the Federal Rules of Civil Procedure.
3. Under Rule 12(h)(1)(A), a party waives the defense of insufficient service of process if it is not raised in the party's first Rule 12 motion or in their initial responsive pleading.
4. Defendants' July 15 filing made no reference to any alleged defect in service.

WHEREFORE, Plaintiff respectfully requests that this Court issue an order striking any future claim, motion, or suggestion by the Defendants that service of process was improper or incomplete, and for such other relief as this Court deems appropriate.

Respectfully submitted,

*/s/ Candace Alexander*

Candace Alexander

7415 Nature Walk Way SE

Owens Cross Roads, AL 35763

Pro Se Plaintiff