IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

EASTERN DIVISION

**Candace Alexander,**

*Plaintiff,*

v.

**Jameka Scales, Corey Bennett, Patrick Bennett, and Vickie Bennett,**

*Defendants.*

Case No. 1:25-cv-00980-CLM

**SUPPLEMENTAL NOTICE OF FILING EXHIBIT T**

*(in support of — Notice Regarding Clarification of Service Timeline and Defendant Filings)*

Plaintiff Candace Alexander submits **Exhibit T** as a supplemental record to Doc ("Notice Regarding Clarification of Service Timeline and Defendant Filings").

This exhibit consists of a USPS tracking confirmation showing that **Corey Bennett personally retrieved his summons and complaint packet from the post office** on **June 27, 2025**.

This action reflects an affirmative acknowledgment of service, directly contradicting the language in Defendants' Motion for Extension of Time, which referred to the Complaint as **"allegedly received."**

**Exhibit T** supports Plaintiff's assertion that all Defendants were properly served under Rule 4, and that their subsequent motion constitutes a waiver of any challenge under Rule 12(h)(1).

Respectfully submitted,

*[signature: Candace Alexander]*

Candace Alexander

7415 Nature Walk Way SE

Owens Cross Roads, AL 35763

*Pro Se Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION**

**CANDACE ALEXANDER,**

Plaintiff,

v.

**JAMEKA SCALES, COREY BENNETT, PATRICK BENNETT, and VICKIE BENNETT,**

Defendants.

**Civil Action No.: 1:25-cv-980-clm**

**EXHIBIT T Proof of Service Confirmation Timeline**

This Exhibit is submitted in support of **Plaintiff's Notice Regarding Clarification of Service Timeline and Defendant Filings** and **Plaintiff's Motion to Strike Any Future Challenge to Service of Process**.

It contains USPS tracking documentation confirming that **Defendant Corey Bennett personally retrieved his summons and complaint packet from the post office** on June 27, 2025.

This evidence directly refutes any implication in Defendants' filings that service was not completed or that the documents were merely "allegedly received." It demonstrates clear, affirmative receipt of legal process, followed by Corey Bennett's voluntary filing of a joint motion on behalf of all four defendants — without objecting to service.

Accordingly, this Exhibit supports the application of **Rule 12(h)(1)**, under which any challenge to service has now been waived.

| Recipient | City / State | Certified Mail Tracking # | Return Receipt # | Delivery Date | Response Due |
|---|---|---|---|---|---|
| **Corey Bennett** | Tishomingo, MS | 7020 0090 0000 9498 0727 | 9590 9402 5843 0038 4587 29 | June 27, 2025 12:00 PM PICKED UP AT THE POST OFFICE | July 18, 2025 |
| **Vickie Bennett** | Tishomingo, MS | 9589 0710 5270 0945 1936 35 | 9590 9402 5843 0038 4586 75 | June 26, 2025 2:59 | July 17, 2025 |
| **Patrick Bennett** | Wentzville, MO | 9589 0710 5270 0945 1936 28 | 9590 9402 5843 0038 4586 51 | June 26, 2025 11:33 AM | July 17, 2025 |

| | | | | | |
|---|---|---|---|---|---|
| Jameka Scales | Harvest, AL | 9589 0710 5270 0945 1936 04 | 9590 9402 5843 0038 4586 68 | June 30, 2025 12:54 PM | July 21, 2025 |

1. **Corey's Receipt (PICKED UP AT POST OFFICE)**

Tracking Number:

**70200090000094980727**

Copy    Add to Informed Delivery

Latest Update

Your item was picked up at the post office at 12:00 pm on June 27, 2025 in TISHOMINGO, MS 38873.

Get More Out of USPS Tracking:
USPS Tracking Plus®

✓ Delivered
**Delivered, Individual Picked Up at Post Office**
TISHOMINGO, MS 38873
June 27, 2025, 12:00 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?



```
                    TRACK STATUS ONLINE
           Visit https://www.usps.com/tracking
           Text and e-mail alerts available
```

## PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5x16 | 3 | $2.99 | $8.97 |
| Priority Mail® | 1 | | $11.10 |
| Tishomingo, MS 38873 | | | |
| Weight: 1 lb 14.80 oz | | | |
| Expected Delivery Date | | | |
| Thu 06/26/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: | | | |
| 70200090000094980727 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 5843 0038 4587 29 | | | |
| Total | | | $20.05 |
| Priority Mail® | 1 | | $13.35 |
| Wentzville, MO 63385 | | | |
| Weight: 2 lb 0.40 oz | | | |
| Expected Delivery Date | | | |
| Thu 06/26/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |

1. **Vickie's Receipt**

   **Track your package**
   Data provided by USPS

   Tracking number 9589071052700945193635

   Delivered ✓
   June 26, 02:59PM
   Tishomingo, MS

   🌐 View details on USPS

   📞 Call 1-800-275-8777

   🚚 Track another package

2. **Patrick's Receipt**

   **Track your package**
   Data provided by USPS

   Tracking number 9589071052700945193628

   Delivered ✓
   June 26, 11:33AM
   Wentzville, MO

   🌐 View details on USPS

   📞 Call 1-800-275-8777

   🚚 Track another package

4. **Jameka's Receipt**



Respectfully submitted,

*[signature: Candace Alexander]*

Candace Alexander

7415 Nature Walk Way SE

Owens Cross Roads, AL 35763

*Pro Se Plaintiff*