# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

**Candace Alexander,**

Plaintiff

v.

**Jameka Scales, Corey Bennett, Patrick Bennett, and Vickie Bennett,**

Defendants

Civil Action No. 1:25-cv-00980-CLM

FILED
2025 JUL 21 A 9:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

## PLAINTIFF'S MOTION TO REQUIRE SEPARATE ANSWERS FROM EACH DEFENDANT

COMES NOW the Plaintiff, Candace Alexander, and respectfully moves this Court to issue an order requiring **each named Defendant** in this case to file **an individual answer or responsive pleading**, and not rely on collective or consolidated filings unless expressly authorized by the Court.

## In Support of this Motion, Plaintiff States:

1. **FRCP Rule 8(b)** requires each defendant to "state in short and plain terms its defenses to each claim asserted against it." Rule 8(b)(5) further allows a party to state they lack knowledge of a specific allegation — a right that can only be exercised **individually**.
2. Under **Rule 11(a)**, every filing "must be signed by at least one attorney of record in the attorney's name — or by a party personally if the party is unrepresented." Each signature represents a **certification to the court** under Rule 11(b), which cannot be assumed or transferred between parties.
3. Defendant Corey Bennett has submitted filings that appear to speak on behalf of Defendants Jameka Scales, Patrick Bennett, and Vickie Bennett **without any formal authorization, written consent, or court-recognized power of attorney**.
4. These joint submissions create confusion as to who is responsible for the representations made, and undermine the clarity of the record as to which defenses (if any) each Defendant intends to assert.

## Request for Relief:

Plaintiff respectfully requests that the Court enter an order:

- Directing each Defendant to file a **separate answer or Rule 12(b) motion**, and

- Prohibiting any further filings that attempt to speak for multiple Defendants unless accompanied by a motion for joinder with **proper legal justification and explicit consent from each party**.

Respectfully submitted,

*Candace Alexander* (signature)

Candace Alexander

7415 Nature Walk Way SE

Owens Cross Roads, AL 35763

Pro Se Plaintiff