# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

**Candace Alexander,**

Plaintiff

v.

**Jameka Scales, Corey Bennett, Patrick Bennett, and Vickie Bennett,**

Defendants

Civil Action No. 1:25-cv-00980-CLM

## NOTICE REGARDING LACK OF EVIDENCE OF CONSENT TO REPRESENTATION BY DEFENDANT COREY BENNETT

COMES NOW the Plaintiff, Candace Alexander, and submits this Notice to highlight the absence of any indication that Defendants Patrick Bennett, Vickie Bennett, or Jameka Scales have independently consented to being represented by Defendant Corey Bennett in this matter.

1. Defendant Corey Bennett submitted a filing titled "Motion For Extension of Time Respond to Complaint," signed with the names of all four Defendants.
2. To date, Plaintiff has received no communication or signed notice from Defendants Patrick, Vickie, or Jameka indicating that Corey Bennett has their express consent or authority to act on their behalf in federal court.
3. No documentation has been submitted to the Court demonstrating a joint representation agreement or pro se coordination among the Defendants.
4. Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, every pleading, motion, or paper must be signed by the party personally if they are unrepresented. Failure to do so raises serious questions as to whether each Defendant has reviewed and authorized the content submitted under their name.
5. Defendants Patrick Bennett, Vickie Bennett, and Jameka Scales are responsible for **answering the Complaint on their own behalf**. Federal litigation is an individual responsibility, and each Defendant must provide a personal response unless legal representation is formally retained.
6. Plaintiff respectfully requests that the Court require each Defendant to **submit their own response or clarification** confirming that they reviewed and personally authorized the motion previously filed under Corey Bennett's name.
7. Corey Bennett's ongoing efforts to speak for the group are consistent with the pattern of behavior described in **Exhibit A-1**, where he threatened litigation and leveraged a false sense of collective unity while the other Defendants remained silent. In that exhibit, he taunted the Plaintiff with the phrase **"see you in court,"** while stating **"nobody in here"** as a clear attempt to isolate and dominate communications.

8. **Corey Bennett** shall not be permitted to **act, speak, or submit filings on behalf of the Plaintiff.** Plaintiff Candace Alexander has made no such request or grant of authority. **She is not his family, and any past references to her as such are factually and legally baseless.** Corey Bennett's role in this case is as a named Defendant only, and his participation shall be limited to answering for his own conduct, **not redirecting or mischaracterizing the Plaintiff's position.**

In his July 17, 2025 filing, Defendant Bennett stated:

*"We do not know if the Plaintiff agrees or disagrees with this motion."*

This phrasing confirms that he improperly spoke on behalf of the Plaintiff's intent, despite having no communication or consent from her. Moreover, Bennett routinely uses **plural legal language** such as *"we, the Defendants"* or *"we request"*, attempting to operate as a unified voice for all four Defendants. Bennett also attempted to triangulate the Plaintiff into a collective with ***"Plaintiffs"* they, themselves.** This behavior is improper and should not be entertained by the Court.

WHEREFORE, Plaintiff submits this Notice for the Court's consideration and reserves the right to supplement the record if further filings from Corey Bennett continue to claim implied or assumed consent from the other named Defendants.

Respectfully submitted,

*/s/ Candace Alexander*
Candace Alexander

7415 Nature Walk Way SE

Owens Cross Roads, AL 35763

Pro Se Plaintiff