IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

**Candace Alexander,**

Plaintiff

v.

**Jameka Scales, Corey Bennett, Patrick Bennett, and Vickie Bennett,**

Defendants

Civil Action No. 1:25-cv-00980-CLM

### NOTICE REGARDING ABSENCE OF SERVICE ON PLAINTIFF

COMES NOW the Plaintiff, Candace Alexander, and submits this Notice to clarify a material inaccuracy within the Defendants' July 15, 2025 Motion for Extension of Time to Respond to Complaint, which contains an implied assertion that Plaintiff received service of said motion.

1. The **Certificate of Service** signed by all four Defendants states that the motion was mailed to Plaintiff at her address in Owens Cross Roads, Alabama, on **July 11, 2025**.
2. As of the date of this filing, **Plaintiff has not received any physical mail from Defendant Corey Bennett or any of the co-Defendants** regarding the motion, despite its alleged service on July 11.
3. In contrast, **Plaintiff has made every effort to remain informed and compliant**, including independently obtaining PACER access and downloading court filings to ensure timely awareness of all developments.
4. This action demonstrates **Plaintiff's good faith** and commitment to procedural transparency — even when Defendants fail to follow through on their own claimed service obligations.
5. Additionally, **Defendants have not attached any proof of service**, such as a USPS tracking number, certified mail receipt, or signed green card confirming Plaintiff's receipt of the motion.
6. If Defendant Corey Bennett intends to argue that Plaintiff was properly served, **he bears the burden of proving that service actually occurred**, especially since he and his co-Defendants collectively certified that service was completed.

WHEREFORE, Plaintiff submits this Notice to preserve the record, preempt any improper claims of effective service, and ensure that the Court is fully aware that **Defendants' claim of service on Plaintiff is unsubstantiated.**

Respectfully submitted,

*Candace Alexander* (signature)

Candace Alexander

Plaintiff, Pro Se

7415 Nature Walk Way SE

Owens Cross Roads, AL 35763