IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

**Candace Alexander,**

Plaintiff

v.

**Jameka Scales, Corey Bennett, Patrick Bennett, and Vickie Bennett,**

Defendants

Civil Action No. 1:25-cv-00980-CLM

# NOTICE OF RELATIONSHIP CLARIFICATION

**To the Court:**

The Plaintiff, Candace Alexander, submits this clarification regarding Defendants Corey Bennett, Vickie Bennett, Patrick Bennett, and Jameka Scales:

1. While some Defendants may claim distant biological ties, the Plaintiff affirms that:
   - There is no active family relationship
   - There is no significant history of shared residence, holidays, caregiving, or emotional bond since childhood
   - There is no legal or practical role the Defendants have played in her daily life since childhood
2. The events that gave rise to this lawsuit were not family-based disputes, but calculated legal actions taken against her using state institutions.
3. Therefore, the Plaintiff renounces any implied or assumed "family" association for the purpose of these proceedings.

This case is being litigated as a matter between **separate and unaffiliated individuals** under federal civil rights law.

Respectfully submitted,

*Candace Alexander*

Candace Alexander

7415 Nature Walk Way SE

Owens Cross Roads, AL 35763

Pro Se Plaintiff