IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

**Candace Alexander,**

Plaintiff

v.

**Jameka Scales, Corey Bennett, Patrick Bennett, and Vickie Bennett,**

Defendants

Civil Action No. 1:25-cv-00980-CLM

## NOTICE REGARDING CLARIFICATION OF SERVICE TIMELINE AND DEFENDANT FILINGS

Plaintiff Candace Alexander hereby files this Notice to clarify the timeline and legal record of service in response to paragraph 1 of Defendants' July 15 Motion for Extension of Time (Doc. 8), which references the Complaint being **"allegedly received."**

1. Each named Defendant was properly served by certified USPS mail to their last known residential address.
2. Plaintiff holds signed green cards as proof of delivery for:
   - Corey Bennett (Delivered June 27, 2025 – **PICKED UP AT POST OFFICE**)
   - Jameka Scales (Delivered June 30, 2025)
   - Patrick Bennett (Delivered June 26, 2025)
   - Vickie Bennett (Delivered June 26, 2025)
3. Defendants' 21-day deadline to respond began the day after receipt, per Rule 12(a)(1)(A)(i).
4. Defendants' subsequent filing acknowledges receipt of the Complaint by responding directly to it, thereby waiving any uncertainty or challenge to service.

This Notice is submitted to maintain an accurate and orderly record of procedure.

**NOTE:** A **separate Supplemental Notice of Filing Exhibit T** is being submitted concurrently. It includes USPS confirmation that **Corey Bennett personally retrieved his summons from the post office on June 27, 2025**. This document is provided to preempt any future dispute regarding service or receipt.

Respectfully submitted,

*Candace Alexander*

Candace Alexander

7415 Nature Walk Way SE

Owens Cross Roads, AL 35763

Pro Se Plaintiff