## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **CANDACE ALEXANDER,** <br>     Plaintiff, <br><br> v. <br><br> **JAMEKA SCALES,** *et al.***,** <br>     Defendants. | **Case No. 1:25-cv-980-CLM** |

### ORDER

The court **GRANTS** Defendants' motion for extension of time to respond to complaint. (Doc. 8). Defendants have until **on or before August 11, 2025** to file a response to Plaintiff Candace Alexander's complaint. (Doc. 1).

The court **DIRECTS** the Clerk of Court to mail this order to all parties at their address of record.

**DONE** and **ORDERED** on July 21, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE