# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICTOF ALABAMA, EASTERN DIVISION

**CANDACE ALEXANDER**
*Plaintiff,*

**Vs.**                                    **CIVIL ACTION NO.: 1:25-CV-980-CLM**

**JAMEKA SCALES, COREY BENNETT,
PATRICK BENNETT and
VICKIE BENNETT,**
*Defendants.*



## MOTION FOR SUMMARY JUDGEMENT AND
## MOTION TO DISMISS, PRESENTING DEFENSES OF FAILURE TO STATE A
## CLAIM, LACK OF JURISDICTION UNDER RULE 12(B)

Comes now the Defendant, Corey Bennett, and prays this Honorable Court will dismiss this frivolous cause of action based upon the following:

1. To dismiss the action because the complaint fails to state a claim against defendant upon which relief can be granted.

2. To dismiss the action on the grounds that the court lacks jurisdiction because the amount actually in controversy is less than ten thousand dollars exclusive of interest and costs.

3. Attached hereto and incorporated herein by reference is my Affidavit as Exhibit "A".

4. That Plaintiff sued me for actions between her husband and me. She does not have standing.

5. That there is no cause of action for the rantings in the Petition.

6. That this is a fraudulent case.

7. That I filed a criminal charge against Keith Alexander. The case is not finished yet. The Plaintiff's entire case is due to her husband's criminal charge. I did not file a charge against this Plaintiff.

8. I fear for my sister's mental health. It looks like an artificial intelligence pleading.

    Respectfully submitted the 4 day of August 2025.

_____
**COREY BENNETT**

STATE OF ALABAMA      )
                                 )
COUNTY OF COLBERT    )

## AFFIDAVIT OF COREY BENNETT

Before me, a duly authorized Notary Public in and for the State of Alabama, did appear, Corey Bennett, who, being personally known to me, did swear and affirm as follows:

My name is Corey Bennett, I am over the age of nineteen (19) years and one of the Defendants in Civil Action No.: 1:25-CV-980-CLM, and I have personal knowledge of the matters set forth herein. I am a citizen of Tishomingo County, Mississippi.

My sister is Candace Alexander, and she is married to Keith Alexander. Mr. Alexander harassed me, and I filed a criminal charge against him in Tishomingo County State Court. I did not file a criminal charge against the Plaintiff, Candace Alexander.

Candace sued me in this case. I have done nothing to Candace. This is a frivolous case. I am worried about Candace's mental health.

There is no cause of action in this case. Candace is using the Court to harass me and my family. Please read the complaint. Candace's pleadings sound like they are generated by artificial intelligence.

I did not plan a pressure campaign using family roles, spiritual manipulation and coordinated silence to exploit Candace's vulnerability and force engagement. I did not leak private medical information. I did not time spiritual guilt tactics. I did not use group mockery or deflection.

The Plaintiff misstated the law. I did not harass through coordinated conduct. I did not "indirect or coordinate behavior causing alarm". Plaintiff used Mississippi, Alabama, Missouri, and Texas law. She misrepresented it and it has nothing to do with this case.

I did not cause the Plaintiff intentional infliction of emotional distress. I did not use mockery, spiritual guilt, medical gossip or strategic silence to induce psychological stress. I did not abuse the process or do malicious prosecution. I filed a harassment case against Keith Alexander that is not over, not the Plaintiff. I did not use "First Amendment Retaliation and Chilling Effect" against the Plaintiff. I did not file a false Affidavit in Tishomingo County, Mississippi. The false accusation is about an Affidavit against Keith Alexander, not the Plaintiff.

I did not "true target of the emotional, reputational and procedure harm" to Candace Alexander. I did not "weaponize the state judiciary to intimidate the Plaintiff through third-party

targeting". I did not name the Plaintiff "in evidentiary text while denying her procedural standing". I did not create a "chilling effect on Plaintiff's family and ability to speak move or act freely without legal risk".

I did not get Patrick to call Plaintiff. I did not "call deflected from the affidavit and was delivered in a rehearsed, manipulative tone".

I did not punish Keith "for standing up for Candace".

I did not make "deliberate attempt to bypass Candace's no-contact boundary through guilt proxies". I did not coordinate "cyclical emotion incursions".

I did not deny due process. The Plaintiff is alleging this about the clerk's office, not this Defendant.

I did not make "Preemptive Threat of Continued Legal Abuse". To the best of my ability this is not a cause of action anyway.

I did not "Suppression of Procedural Rights for Affidavit-Named Target".

The Plaintiff does not even have standing to ask for what she is asking for. The Plaintiff needs a mental health evaluation.

Further, Affiant sayeth not.

**COREY BENNETT**

STATE OF ALABAMA )
 )
COUNTY OF COLBERT )

Before me, a notary public, in and for said county and said state, personally appeared **Corey Bennett** who being known to me, and being by me first duly sworn, does depose and say that he has knowledge of the facts and matters stated in the above complaint and that said facts are true and correct according to the best of his knowledge, information, and belief.

**Sworn to and subscribed before me this the** 4th **day of** August , 2025.

Nina Rashae Wisdom
**NOTARY PUBLIC**
My Commission Exp.: 10/25/2028

Notary Public, Alabama State at Large
Nina Rashae Wisdom
Expires 10/25/2028

