UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
Plaintiff,

v.

Case No. 1:25-cv-980-CLM

JAMEKA SCALES, *et al.*,
Defendants.

FILED
2025 AUG 11 A 8:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

### NOTICE OF WITHDRAWAL AND SUBMISSION OF REVISED PROPOSED FINAL JUDGMENT

Plaintiff, Candace Alexander, proceeding pro se, respectfully notifies the Court of her withdrawal of the Proposed Final Judgment filed on August 8th, and hereby submits the attached Revised Proposed Final Judgment for the Court's consideration.

This revision reflects Plaintiff's clarification of the primary relief sought, as outlined in her supplemental notice filed on August 11th, and supersedes all prior proposed final judgments in this matter.

_/s/ Candace Alexander_
CANDACE ALEXANDER
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763