NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
   Plaintiff,

v.

JAMEKA SCALES, *et al.*,
   Defendants.

Case No. 1:25-cv-980-CLM

## [REVISED PROPOSED] FINAL JUDGMENT

This matter having come before the Court on Plaintiff's Complaint and the pleadings of record, and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. **No Contact** – The Defendants shall have no direct contact with Plaintiff in any form, including in person, by telephone, by mail, or by electronic communication.
2. **Legal Filings** – The Defendants shall refrain from initiating or participating in any legal action for or against Plaintiff, including but not limited to:
   - Petitions for mental health evaluations.
   - Petitions for grandparent visitation or parental rights.
   - Any filings purporting to act on her behalf without her consent.
3. **Third-Party Legal Involvement** – The Defendants shall not involve Plaintiff in legal matters relating to third parties as a witness or participant.
4. **Mutual Restriction** – Plaintiff shall be bound by the same restrictions, including refraining from initiating direct contact or future legal action involving the Defendants, except to enforce this judgment. This restriction shall have no expiration date and will remain in effect unless expressly released in writing by the Plaintiff. After this case concludes, both parties shall have no contact or legal involvement with each other and treat one another as having no role in their personal or legal affairs.

The Court DIRECTS the Clerk to enter final judgment accordingly.

    **DONE** and **ORDERED** this ___ day of _____, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE