FILED
2025 Aug-11 AM 08:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION



FILED
2025 AUG 11 A 8: 33
U.S. DISTRICT COURT
N.D. OF ALABAMA

CANDACE ALEXANDER,
Plaintiff,

v.

Case No. 1:25-cv-980-CLM

JAMEKA SCALES, *et al.*,
Defendants.

## SUPPLEMENT TO MOTION FOR DEFAULT JUDGMENT – CLARIFICATION OF PRIMARY RELIEF SOUGHT

Plaintiff Candace Alexander, proceeding pro se, files this supplement to her Motion to Strike and for Default Judgment (Doc. 30) to clarify that her primary requested relief is a **no-contact injunction** preventing Defendants from directly contacting her, involving her in legal actions, or otherwise inserting themselves into her personal life.

### 1. Requested protections

Specifically, Plaintiff requests that the Court order that Defendants:

- Have **no direct contact** with Plaintiff.
- Refrain from initiating or participating in any legal action for or against Plaintiff, including but not limited to:
    - Petitions for mental health evaluations.
    - Petitions for grandparent visitation or parental rights.
    - Any filings purporting to act on her behalf without her consent.
- Not involve her in legal matters relating to third parties as a witness or an indirect participant.
- Plaintiff affirms that she accepts the same restriction for herself and will not initiate or permit direct or indirect contact with the Defendants. This mutual understanding ensures that all parties are fully and permanently separated in both personal and legal matters.

### 2. Narrowed focus

Plaintiff does not object to the dismissal or narrowing of other claims if necessary to grant the above protections. Her primary intent is to **secure a clear, enforceable court order** that fully severs her from the Defendants in all legal and personal contexts.

## 3. Plaintiff's diligence

Plaintiff notes that she is not an attorney and has navigated a complex process to the best of her ability, filing all pleadings on time without seeking extensions, and managing this case independently without burdening the Court's schedule.

Plaintiff states plainly:

*I am not asking the Court to fix the past. I am asking only for the assurance that my future will be free from the Defendants' involvement in any part of my life.*

CANDACE ALEXANDER
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763