FILED
2025 Aug-22  AM 11:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
2025 AUG 22  A II: 42
U.S. DISTRICT COURT
N.D. OF ALABAMA

CANDACE ALEXANDER,
    Plaintiff,

v.

JAMEKA SCALES, *et al.*,
    Defendants.

Case No. 1:25-cv-980-CLM

## NOTICE REGARDING PROCEDURAL TIMING AND RESPONSIVE STATUS

Plaintiff Candace Alexander respectfully submits this notice to clarify the current procedural posture and preserve all rights under the applicable timing provisions of the Federal Rules of Civil Procedure.

1. On **August 7, 2025**, all four Defendants filed Answers.
2. On **August 8, 2025**, Plaintiff filed a **Motion to Strike and for Entry of Default Judgment** based on procedural deficiencies and noncompliance with Rule 11.
3. On **August 11, 2025**, Plaintiff submitted a **Supplement** to the Motion and a **Revised Proposed Final Judgment** for clarity of relief sought.
4. As of the date of this filing, **no opposition** has been submitted by any Defendant, and the time to do so under FRCP 6 has expired.
5. Plaintiff acknowledges the Court's discretion in determining when and how to rule but files this notice to ensure no waiver or procedural prejudice occurs due to silence or inaction, particularly as it relates to:
   o Potential leave to amend.
   o Reassertion of relief requested under Rule 55.
   o Preservation of judicial economy and party obligations.
6. This notice is not a motion or request for judicial action, but rather a good-faith effort to maintain orderly case progression and protect Plaintiff's standing under federal procedure.

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763