UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
Plaintiff,

v.

JAMEKA SCALES, *et al.*,
Defendants.

Case No. 1:25-cv-980-CLM

## NOTICE REGARDING VOLUME AND NECESSITY OF PLAINTIFF'S FILINGS

Plaintiff Candace Alexander submits this notice to clarify the purpose behind the volume of her filings.

As a non-attorney, the Plaintiff has acted in good faith to address gaps left by the Defendants' continued refusal to participate meaningfully. Each filing was submitted to:

1. Clarify ambiguity created by silence or vague answers,
2. Preserve the record and prevent misrepresentation,
3. Anticipate procedural evasion, and
4. Remain within procedural boundaries.

Every filing ties directly to an event on the docket, either a Defendant's action, a court order, or a procedural risk that required clarification.

When Defendants filed a joint motion on July 15, 2025 (Doc. 8), they stated they would seek legal counsel. The Plaintiff reasonably expected a contested case and adjusted her filings accordingly. Her activity reflects preparation for an adversarial process, not excess.

The Plaintiff affirms that she will not file further documents unless clearly warranted by new procedural developments or court instruction.

*/s/ Candace Alexander*
CANDACE ALEXANDER
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763