UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
   Plaintiff,

v.

JAMEKA SCALES, *et al.*,
   Defendants.

Case No. 1:25-cv-980-CLM

### CERTIFICATE OF SERVICE

I hereby certify that I have on 21 July 2025, served a true and correct copy of the foregoing:

1. MOTION to Strike any Future Challenge to Service of Process
2. NOTICE Regarding Defendant's Service and Waiver Objection
3. NOTICE Regarding Defendants' Statement on Geographic Distance
4. MOTION to Require Separate Answers from Each Defendant
5. NOTICE Regarding Lack of Evidence of Consent to Representation
6. NOTICE Regarding Absence of Service on Plaintiff
7. NOTICE of Relationship Clarification
8. Litigation Activity Summary Memorandum
9. NOTICE Regarding Clarification of Service Timeline and Defendant Filing

on all parties by U.S. Mail and/or e-filing service, addressed as follows:

**Corey Bennett**
24 CR 99 Ext
Tishomingo, MS 38873

**Patrick Bennett**
23 Ivy Brook Court
Wentzville, MO 63385

**Vickie Bennett**
22 County Road 95
Tishomingo, MS 38873

**Jameka Scales**
16781 Wellhouse Drive
Harvest, AL 35749

This the 25th day of August 2025.

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763

## U.S. Postal Service CERTIFIED MAIL RECEIPT
Domestic Mail Only

9498 6262 0000 0090 7020

Harvest, AL 35749
Certified Mail Fee: $5.30
$4.40  0839 50
Extra Services & Fees
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage: $3.00
Total Postage and Fees: $12.70
Postmark Here: 07/21/2025

Sent To:
Street and Apt. No., or PO Box No.: 16781 Wellhouse Dr
City, State, ZIP+4®: Harvest, AL 35749

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

## U.S. Postal Service CERTIFIED MAIL RECEIPT
Domestic Mail Only

9498 6255 0000 0090 7020

Wentzville, MO 63385
Certified Mail Fee: $5.30
$4.40  0839 50
Extra Services & Fees
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage: $3.00
Total Postage and Fees: $12.70
Postmark Here: 07/21/2025

Sent To:
Street and Apt. No., or PO Box No.: 23 Ivy Brook Ct
City, State, ZIP+4®: Wentzville, MO 63385

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

## U.S. Postal Service CERTIFIED MAIL RECEIPT
Domestic Mail Only

9498 6248 0000 0090 7020

Tishomingo, MS 38873
Certified Mail Fee: $5.30
$4.40  0839 50
Extra Services & Fees
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage: $3.00
Total Postage and Fees: $12.70
Postmark Here: 07/21/2025

Sent To: 22 CR 95 Ey
Street and Apt. No., or PO Box No.: Tishomingo, MS 38873
City, State, ZIP+4®:

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

## U.S. Postal Service CERTIFIED MAIL RECEIPT
Domestic Mail Only

9498 6279 0000 0090 7020

Tishomingo, MS 38873
Certified Mail Fee: $5.30
$4.40  0839 50
Extra Services & Fees
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage: $3.00
Total Postage and Fees: $12.70
Postmark Here: 07/21/2025

Sent To:
Street and Apt. No., or PO Box No.: 22 CR 95
City, State, ZIP+4®: Tishomingo, MS 38873

PS Form 3800, April 2015 PSN 7530-02-000-9047

