UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
Plaintiff,

v.

JAMEKA SCALES, *et al.*,
Defendants.

Case No. 1:25-cv-980-CLM

FILED
2025 AUG 25 P 1:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CERTIFICATE OF SERVICE

I hereby certify that I have on 18 July, 2025 served a true and correct copy of the foregoing:

**MOTION for Entry of Discovery Framework** / with Attachments on all parties by U.S. Mail and/or e-filing service, addressed as follows:

**Corey Bennett**
24 CR 99 Ext
Tishomingo, MS 38873

**Patrick Bennett**
23 Ivy Brook Court
Wentzville, MO 63385

**Vickie Bennett**
22 County Road 95
Tishomingo, MS 38873

**Jameka Scales**
16781 Wellhouse Drive
Harvest, AL 35749

This the 25th day of August 2025.

CANDACE ALEXANDER
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763

**Receipt 1 (top left):** 7020 0090 0000 9498 6217

- U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- For delivery information, visit our website at www.usps.com®.
- Tishomingo, MS 38873
- Certified Mail Fee: $5.30
- Extra Services & Fees (check box, add fee as appropriate)
  - Return Receipt (hardcopy): $4.40
  - Return Receipt (electronic): $0.00
  - Certified Mail Restricted Delivery: $0.00
  - Adult Signature Required: $0.00
  - Adult Signature Restricted Delivery: $
- Postage: $11.00
- Total Postage and Fees: $20.70
- Postmark Here: 07/18/2025
- 0839 09
- Sent To:
- Street and Apt. No., or PO Box No.:
- City, State, ZIP+4®:
- PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Receipt 2 (top right):** 7020 0090 0000 9498 6224

- U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Harvest, AL 35749
- Certified Mail Fee: $5.30
- Extra Services & Fees
  - Return Receipt (hardcopy): $4.40
  - Return Receipt (electronic): $0.00
  - Certified Mail Restricted Delivery: $0.00
  - Adult Signature Required: $0.00
  - Adult Signature Restricted Delivery: $
- Postage: $11.00
- Total Postage and Fees: $20.70
- Postmark Here: 07/18/2025
- 0839 09
- Sent To:
- Street and Apt. No., or PO Box No.:
- City, State, ZIP+4®:
- PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Receipt 3 (bottom left):** 7020 0090 0000 9498 6149

- U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Wentzville, MO 63385
- Certified Mail Fee: $5.30
- Extra Services & Fees
  - Return Receipt (hardcopy): $4.40
  - Return Receipt (electronic): $0.00
  - Certified Mail Restricted Delivery: $0.00
  - Adult Signature Required: $0.00
  - Adult Signature Restricted Delivery: $
- Postage: $11.00
- Total Postage and Fees: $20.70
- Postmark Here: 07/18/2025
- 0839 09
- Sent To:
- Street and Apt. No., or PO Box No.:
- City, State, ZIP+4®:
- PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Receipt 4 (bottom right):** 7020 0090 0000 9498 6132

- U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Tishomingo, MS 38873
- Certified Mail Fee: $5.30
- Extra Services & Fees
  - Return Receipt (hardcopy): $4.40
  - Return Receipt (electronic): $0.00
  - Certified Mail Restricted Delivery: $0.00
  - Adult Signature Required: $0.00
  - Adult Signature Restricted Delivery: $
- Postage: $11.00
- Total Postage and Fees: $20.70
- Postmark Here: 07/18/2025
- 0839 09
- Sent To: Vickie
- Street and Apt. No., or PO Box No.:
- City, State, ZIP+4®:
- PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions