UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
Plaintiff,

v.

JAMEKA SCALES, *et al.*,
Defendants.

Case No. 1:25-cv-980-CLM

FILED
2025 AUG 25 P 1:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CERTIFICATE OF SERVICE FILINGS

To the Honorable Court:

Please find enclosed several certificates of service related to filings I previously served to the Court and opposing parties. These certificates are being submitted now for the purpose of completing the record.

The dates indicated on each certificate reflect the actual dates the documents were mailed via USPS. Some contain tracking and/or green card documentation in my possession. Others I switched to regular mail for service. I apologize for the delayed submission and appreciate the Court's understanding.

*/s/ Candace Alexander*

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763