UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
Plaintiff,

v.

Case No. 1:25-cv-980-CLM

JAMEKA SCALES, *et al.*,
Defendants.



## CERTIFICATE OF SERVICE

I hereby certify that I have on 31 July 2025 served a true and correct copy of the foregoing:

NOTICE Clarifying Purpose, Protection Requested, and Plaintiff's Intent to Disengage

on all parties by U.S. Mail and/or e-filing service, addressed as follows:

**Corey Bennett**
24 CR 99 Ext
Tishomingo, MS 38873

**Patrick Bennett**
23 Ivy Brook Court
Wentzville, MO 63385

**Vickie Bennett**
22 County Road 95
Tishomingo, MS 38873

**Jameka Scales**
16781 Wellhouse Drive
Harvest, AL 35749

This the 25th day of August 2025.

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763