UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
    Plaintiff,

v.

JAMEKA SCALES, *et al.*,
    Defendants.

Case No. 1:25-cv-980-CLM

FILED
2025 AUG 25 P 1:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CERTIFICATE OF SERVICE

I hereby certify that I have on 11 August 2025, served a true and correct copy of the foregoing:

1. MOTION to Strike Defendant's Answers and Default Judgment
2. NOTICE of Withdrawal and Submission of Revised Proposed Final Judgment
3. Supplement to Motion for Default Judgment - Clarification of Primary Relief Sought

on all parties by U.S. Mail and/or e-filing service, addressed as follows:

**Vickie Bennett**
22 County Road 95
Tishomingo, MS 38873

**Jameka Scales**
16781 Wellhouse Drive
Harvest, AL 35749

This the 25th day of August 2025.

*[signature]*

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763