FILED
2025 Aug-25 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
Plaintiff,

v.

Case No. 1:25-cv-980-CLM

JAMEKA SCALES, *et al.*,
Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that I have on 25 August 2025, served a true and correct copy of the foregoing:

1. NOTICE Regarding Volume and Necessity of Plaintiff's Filing
2. NOTICE Clarifying Legal Basis and Procedural Misrepresentations
3. MEMORANDUM of Legal Authority Supporting Plaintiff's Claims

on all parties by U.S. Mail and/or e-filing service, addressed as follows:

**Vickie Bennett**
22 County Road 95
Tishomingo, MS 38873

**Jameka Scales**
16781 Wellhouse Drive
Harvest, AL 35749

This the 25th day of August 2025.

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763