# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CANDACE ALEXANDER,**     Plaintiff, | |
| v. | Case No. 1:25-cv-980-CLM |
| **JAMEKA SCALES, et al.,**     Defendants. | |

## ORDER

    Plaintiff Candace Alexander has until on or before **September 26, 2025**, to respond to defendants' motions to dismiss (docs. 26, 27, 28, 29). Alexander's response brief cannot exceed 25 pages, double-spaced, 14-point font. While the court will not prohibit Alexander from using generative artificial intelligence in her responsive briefing, the court may sanction Alexander if her response includes false citations to law, precedent, or statutes.

    The defendants' reply brief, if any, is due on or before **October 10, 2025**, and cannot exceed 10 pages, double-spaced, 14-point font.

    The court **DIRECTS** the Clerk of Court to send a copy of this order to all pro se parties at their address of record.

    **Done** and **Ordered** on August 27, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE