UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
Plaintiff,

v.

JAMEKA SCALES, *et al.*,
Defendants.

Case No. 1:25-cv-980-CLM

FILED
2025 SEP -8 P 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CERTIFICATE OF SERVICE

To the Honorable Court:

I hereby certify that on September 2, 2025, I served a copy of the foregoing **Response to Defendants' Motion to Dismiss** (Doc 46) by United States Postal Service to the following parties:

**Jameka Scales**
16781 Wellhouse Drive
Harvest, AL 35749

**Vickie Bennett**
22 County Road 95
Tishomingo, MS 38873

Copies were mailed to each Defendant individually at their respective addresses, as previously used for service of process in this case.

Executed this 2nd day of September 2025.

Respectfully submitted,

*/s/ Candace Alexander*
CANDACE ALEXANDER
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763

Candace Alexander
7415 Nature Walk Way SE
Owens Cross Roads, AL 35763

BIRMINGHAM AL 350
4 SEP 2025 PM 5 L



Clerk of Court
U.S. District Court
Northern District of Alabama
660 Gallatin Street SW
Huntsville, AL 35801

SEP 08
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

35801-491360