## Defendant's Brief Statement of Facts

The Plaintiff, Candace Alexander, contacted her mother, Vickie Bennett, by phone and threatened that her brothers, Corey Bennett and Patrick Bennett, along with her sister, Jameka, would be taken to court if Corey did not drop harassment charges against her husband, Keith.

Subsequently, Candace named her mother, Vickie, her brothers Corey and Patrick, and her sister Jameka as defendants in this lawsuit. For over five months, the Defendants have received repeated and lengthy letters, flash drives, and court filings from the Plaintiff.

The Defendants have not contacted the Plaintiff during this time. A court agreement in Mississippi prohibited Keith Alexander from contacting Corey Bennett or Corey's family, which includes the Defendants.

The Defendants respectfully ask the Court to take into consideration that Defendant Patrick Bennett has two children with life-threatening diagnoses, and all Defendants have been managing the recent terminal cancer diagnosis of their father, James Bennett. Throughout this period, the Defendants—Vickie, Corey, Jameka, and Patrick—have been focused on caring for their father during these difficult times.

1:25-CV00980 clm

10-8-2025
662-279-3082

Vickie Bennett
22 County Road 95
Tishomingo MS
38873

*Vickie Bennett* (signature)