UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED ∂
2025 OCT -9 A 10: 32
U.S. DISTRICT COURT
N.D. OF ALABAMA

CANDACE ALEXANDER,
Plaintiff,

v.

Case No. 1:25-cv-980-CLM

JAMEKA SCALES, *et al.*,
Defendants.

## NOTICE REGARDING DEFENDANT VICKIE BENNETT'S FILING AND PLAINTIFF'S EVIDENTIARY RECORD

Plaintiff respectfully submits this notice regarding **Document 48**, titled "Defendant's Brief Statement of Facts," filed by Defendant Vickie Bennett on October 8, 2025.

### 1. Acknowledgment of Plaintiff's Filed Evidence

Defendant Vickie Bennett's filing expressly references the USB drive that was conventionally filed by the Plaintiff on June 20, 2025, as reflected on the docket. **Identical copies of the USB drive** were also served upon all Defendants, together with the Complaint and accompanying exhibits, at the time of initial service. This constitutes acknowledgment of the evidence submitted to the Court by Plaintiff and maintained under seal by the Clerk.

Under **Federal Rule of Evidence 901(b)(1)**, a document or item is authenticated when a person with knowledge "testifies that the item is what it is claimed to be." By recognizing that the USB drive contains the documentation forming the basis of this action, Defendant Bennett has effectively **authenticated** the Plaintiff's evidentiary submission.

### 2. Admission of Receipt and Notice

Defendant Bennett acknowledges that she and the other Defendants "received repeated and lengthy letters, flash drives, and court filings." This statement functions as an admission under Federal Rule of Evidence 801(d)(2) and confirms that Defendants were on notice of the Plaintiff's submissions and supporting materials filed with the Court. The reference to "letters" appears to describe formal filings and served notices rather than personal correspondence from the Plaintiff. Accordingly, this acknowledgment establishes both receipt and awareness of the evidentiary record.

### 3. Lack of Evidentiary or Legal Rebuttal

Defendant Bennett's filing (Doc. 48) contains no exhibits or supporting materials that comply with the Federal Rules of Civil Procedure

and, therefore, does not constitute a substantive rebuttal to the Plaintiff's evidentiary record or legal arguments as presented in Plaintiff's Response in Opposition (Doc. 46). Plaintiff respectfully notes that, to date, Defendants' filings consist of narrative statements unaccompanied by admissible evidence under applicable federal rules and the minimum pleading and evidentiary standards established in Ashcroft v. Iqbal, 556 U.S. 662 (2009).

### 4. Plaintiff's Position

Plaintiff respectfully notes that the record remains unrebutted in material part. The Defendants' acknowledgment of receipt and authentication of Plaintiff's evidence further supports that the Court has maintained possession of all relevant materials since initial filing. Plaintiff defers to the Court for any further determination regarding the sufficiency of the Defendants' responses under the Federal Rules of Civil Procedure.

*/s/ Candace Alexander*

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763