UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
2025 OCT -9 A 10: 33
U.S. DISTRICT COURT
N.D. OF ALABAMA

CANDACE ALEXANDER,
  Plaintiff,

v.

Case No. 1:25-cv-980-CLM

JAMEKA SCALES, *et al.*,
  Defendants.

## NOTICE OF WITHDRAWAL OF PROPOSED FINAL JUDGMENT

Plaintiff hereby provides notice of withdrawal of the document titled *"Revised Proposed Final Judgment"* filed on August, **8 2025 (Doc. 31)**, to permit the Court to determine the final form and scope of judgment language consistent with the record and applicable law.

Plaintiff respectfully requests that the Court enter any final order or judgment in language of its own choosing, as the Court deems appropriate, but the request for a no-contact injunction still stands.

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763