UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANDACE ALEXANDER, Plaintiff, | |
| v. | Case No. 1:25-cv-980-CLM |
| JAMEKA SCALES, et al., Defendants. | |

### CERTIFICATE OF SERVICE

I certify that on October 9, 2025, I mailed true and correct copies of the following documents:

1. Notice Regarding Unrebutted Record; and

2. Notice Regarding Defendant Vickie Bennett's Filing and Plaintiff's Evidentiary Record,

by U.S. Mail to Defendants Vickie Bennett and Jameka Scales at their addresses of record.

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763