FILED
2025 Nov-03 PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
Plaintiff,

v.

Case No. 1:25-cv-980-CLM

JAMEKA SCALES, *et al.*,
Defendants.

## NOTICE OF PROCEDURAL POSTURE AND REQUEST FOR GUIDANCE

Plaintiff Candace Alexander respectfully files this Notice to inform the Court of the current procedural posture of this action.

1. **Readiness for Review:** The Defendants' Motions to Dismiss and for Summary Judgment (Docs 26–29) became **fully briefed** on **October 10, 2025**, the deadline for the Defendants' optional reply brief (Doc. 45).

2. **Diligence of Plaintiff:** Plaintiff's substantive **Response in Opposition** was filed timely on **September 2, 2025**, substantially ahead of the Court's deadline. As the Defendants' reply was **not a mandatory filing**, the matter has been ripe for judicial determination for an extended period.

3. **Request for Guidance:** Plaintiff respectfully requests the Court's **guidance on the next steps** for the final disposition of the fully briefed motions.

Plaintiff submits this Notice to maintain orderly case progression, respects the Court's calendar, and awaits the Court's determination of the next steps.

*[signature]*

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

CANDACE ALEXANDER,
Plaintiff,

v.

Case No. 1:25-cv-980-CLM

JAMEKA SCALES, *et al.*,
Defendants.

### CERTIFICATE OF SERVICE

I certify that on October 29, 2025, I mailed true and correct copies of the following documents:

1. Notice of Procedural Posture and Request for Guidance

by U.S. Mail to Defendants Vickie Bennett and Jameka Scales at their addresses of record.

**CANDACE ALEXANDER**
PRO SE PLAINTIFF
7415 NATURE WALK WAY SE
OWENS CROSS ROADS, AL 35763

Candace Alexander
7415 Nature Walk Way SE
Owens Cross Roads, AL 35763

BIRMINGHAM AL  350

30 OCT 2025 PM 3  L



1775 ★ 2025

Clerk of Court
U.S. District Court
Northern District of Alabama
660 Gallatin Street SW
Huntsville, AL 35801

NOV 03

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA