UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**CANDACE ALEXANDER,**
    Plaintiff,

**v.**

**JAMEKA SCALES, et al.,**
    Defendants.

Case No. 1:25-cv-980-CLM

## DISMISSAL ORDER

For the reasons stated in the accompanying memorandum opinion (doc. 54), the court **DISMISSES** this case **WITHOUT PREJUDICE**. The court **DIRECTS** the Clerk of Court to **CLOSE** this case and mail a copy of this order to all pro se parties at their addresses of record.

**DONE** and **ORDERED** on December 18, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE